**Law Offices of Heather J. Mattes**
105 South High Street, 3rd Floor,
West Chester, PA   19382-1008

Telephone: (610) 431-7900                                      Attorney Identification 42364
Facsimile:  (484) 244-5077                                      Email: hjm@hjmattes.com

February 3, 2023

Mr. Brian B. Piskai
United States Probation Office
600 Arch Street, Suite 2400
Philadelphia, PA  19106

RE: Draft Presentence Report for Andrew Wolf

Dear Mr. Piskai:

Thank you for the Draft PSR in the above matter received on January 27, 2023.

Mr. Wolf and I have reviewed it.  As to the draft Report, I have the following suggested

minor corrections and amendments.

1. <u>Paragraphs 67 through 68</u>: As a matter of completeness I would note Minor 6 advertised the images for sale.

2. <u>Paragraph 75</u>: While Minor 8 may have reported he met "Ashley" through a girl named "Leslie" about two years prior, that would have to have been one year before the interview or 2021 to occur during the applicable time period.

3. <u>Paragraph 179</u>: While I recognize it is not strictly speaking confidential, I would respectfully request the defendant's child's name and date of birth be redacted to prevent her from suffering any collateral embarrassment in the future.

4. <u>Paragraph 187</u>: Dr. Gable is a woman.

5. <u>Paragraph 192</u>: Dr. Atkins continues to meet with and treat Andrew Wolf.

6. <u>Paragraph 194</u>: My notes do not reflect that the relationship Mr. Wolf had as described was "primary sexual." It was normal relationship.

Thank you once again for the draft PSR.  Of course, if I may answer any questions for you, please call me at the above telephone number or by mobile phone: 610-585-0463.

Yours very truly,

*HJ Mattes*

Heather J. Mattes
Attorney for Andrew Wolf

By: Email: Brian_Piskai@paep.uscourts.gov
By: Email and Regular Mail:  Assistant U.S. Attorney Kelly M. Harrell
kelly.harrell@usdoj.gov
By Email: Arthur T. Donato:  art@artdonato.com

cc: Andrew Wolf

EXHIBIT A





https://www.ussc.gov/research/research-reports/federal-sentencing-child-pornography-production-offenses

EXHIBIT C







**U.S. Department of Justice**
Office of Justice Programs
*Bureau of Justice Statistics*

# Substantiated Incidents of Sexual Victimization Reported by Adult Correctional Authorities, 2016–2018

SUMMARY | NCJ 304834                                          JANUARY 2023

For the 3-year aggregate period of 2016–18, adult correctional authorities reported 2,666 substantiated incidents of inmate sexual victimization by another inmate and 2,229 by staff. Most (62% or 1,643) inmate-on-inmate incidents involved abusive sexual contact, whereas most (69% or 1,549) staff-on-inmate incidents involved staff sexual misconduct.

## Inmate-on-inmate sexual victimization

During 2016–18, there were 1,023 inmate-on-inmate substantiated incidents of nonconsensual sexual acts and 1,643 substantiated incidents of abusive sexual contact. Generally, inmate-on-inmate sexual victimization involves nonconsensual sexual acts or abusive contact with a victim without his or her consent or with a victim who cannot consent or refuse.

Half of inmate-on-inmate sexual victimization incidents occurred in an area not under video surveillance. The victim was given a medical examination in 61% of nonconsensual sexual acts and in 36% of abusive sexual contacts. The victim was provided counseling or mental health treatment in 64% of nonconsensual sexual acts and 50% of abusive sexual contacts. Half (49%) of nonconsensual sexual acts resulted in some form of legal action for the perpetrator.

## Staff-on-inmate sexual victimization

Staff-on-inmate sexual victimization in adult correctional facilities includes sexual misconduct or sexual harassment perpetrated by correctional staff. There were 1,598 perpetrators of staff sexual misconduct and 716 perpetrators of staff sexual harassment. Two-thirds (67%) of staff sexual misconduct perpetrators were female and a third (33%) was male. The distribution by sex for staff perpetrators of sexual harassment was the opposite: 69% male and 31% female.

### Number of substantiated incidents of sexual victimization, by type of victimization, 2016–18



Note: Excludes inmate-on-inmate sexual harassment.
Source: Bureau of Justice Statistics, Survey of Sexual Victimization, 2016–18.

While most (99%) staff-on-inmate sexual victimizations did not result in physical injury to the victim, the victim received a medical examination in 10% of staff sexual harassment incidents and in 26% of staff sexual misconduct incidents. Legal action against the staff perpetrator occurred in 38% of sexual misconduct incidents and in less than 5% of sexual harassment incidents.

## Inmate-on-inmate sexual harassment

During 2016–18, there were 3,642 incidents of inmate-on-inmate sexual harassment in adult correctional facilities. A total of 4,324 inmates were sexually harassed by another inmate, and 3,908 inmates perpetrated sexual harassment. About 66% of victims were male, 31% were female, and 3% were transgender or intersex.

The full report (*Substantiated Incidents of Sexual Victimization Reported by Adult Correctional Authorities, 2016–2018*, NCJ 304834), related documents, and additional information about the Bureau of Justice Statistics are available on the BJS website at bjs.ojp.gov.

EXHIBIT F

July 6, 2022

The Honorable Mark A. Kearney
United States District Court,
Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Kearney,

I'm writing to tell you about my brother, Andrew Wolf, my best friend in this world, the best uncle, father, brother, son, grandson, teacher, friend, puzzler, Philadelphia sports fan, and all around guy. This situation he is in, is not the guy we know, and even after months of this process, is still unbelievable and unexplainable to us.

Andy is the absolute best uncle to my two daughters who are 10 and 12. He supports them and cheers them on at all their various activities, challenges them with puzzles and brain teasers, spends quality time with them and they miss him tremendously. One of my older daughter's favorite things she shares with him is their love of the Phillies. They can talk for hours about stats and sit and watch games in their entirety.

I grew much closer to him over the past few years as he was trying to have his daughter. He was always meant to be a father. Some people have that parenting gene and some don't. He was definitely meant to be a parent. But the process was long and stressful to bring his beautiful daughter into this world. I was there when she was born and it was the happiest day of his life. He made sure he did everything right, read all the books, watched all the videos, read all the articles to make sure he knew all about newborns. We stayed up til 2am the night before she was born watching and reading what to expect. He's always been about doing the right thing and following all the rules, which is what makes this so surprising.

The world we live in is trying to teach us to love who we love, accept others for who they love and who they are, and genuinely be our best selves. The internal struggle that my brother must have been feeling, must have been so much pain and loneliness to not be able to express to us what he was going through so we could have helped him sooner. I feel so much sadness for the pain he must have had and the worse pain he is feeling now. He told me covid was a surreal and lonely time, but nothing compared to what he is feeling now.

My brother is the smartest guy I know. He was number one in his class (hard to follow that), but what makes him so special is that he uses his intelligence for good. He loves to teach and challenge others too. When we were kids, I can recall on long car rides, doing math problems for fun. He continued that by challenging me and my parents to mathcounts questions and various math puzzles. Now he passes that love onto my kids and I love watching them get

excited about school when they talk to him. I know he is continuing his good while he serves his time, by tutoring others to help them get their GEDs and sending my kids puzzles in the letters he writes them. I also send him math puzzles to help exercise his brain and keep it strong.

Family is also one of the most important things to Andy. We don't have a huge family in my opinion, but he built strong connections and relationships with everyone. He has always been a much better communicator than me and stays connected with emails and phone calls. We lost our last grandparent at the beginning of this year, but he was such an amazing grandson. Always there to help out or spend quality time, patiently listen and love. And with other family, he has made sure to build a special bond with each and every one, whether it be traveling together or staying with them for an extended period of time. We live all over the world, literally, but he makes a point to visit. I luckily have him close by, which is why I feel our bond is the strongest.

I hope this gives you a little insight into my amazing brother and the good person he is. I know on paper what you see doesn't look so good, but please know he has the kindest heart, gives the best advice, and cares deeply. I would love to give him a big hug to let him know we love him and we are here to support him.

Sincerely,

Bonnie Wolf Pincus

EXHIBIT G   family

The Honorable Mark A. Kearney
United States District Court
Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

October 16th, 2022

Dear Judge Kearney,

My name is Jennifer Wolf. I am 50 years old. Andrew Wolf is my half brother. I call him Andy.

I was 9 when he was born and I remember how ecstatic I was when he entered the world. I spent most of my weekends with him and got to see him grow from an adorable baby to a wonderful adult. There was always consistency in the type of person Andy was growing up and becoming an adult. There were no surprises.

He was always a happy, smiling, funny toddler. Entertaining us all the time. Making jokes and wanting everyone to like him and smile back. He was full of positive energy. That stayed throughout his life.

I've always experienced my brother as extremely loving, caring for others, funny, and extremely smart. Not just book smart. But also full of logical and analytical thinking that many of us wish we had.

He also has a special way of dealing with people and relationships.
Andy was always the peace keeper in the family. He would ensure there was consensus while often putting his own preferences aside to first see what others wanted to do.
He was very easy going.
Not picky about what we ate together. What activity we did or game we would play. As long as the people around him were happy he was happy.

Andy brought light to our lives every time we saw him. And as I said was really the peacekeeper knowing how to maneuver between all the personalities in the room. And showing empathy for whatever an individual was going through.

Andy had a positive influence on everyone he met. With my kids he spent true quality time. Playing fun games, telling them stories, asking them questions as he showed genuine interest in their lives and listening to their answers.

I spent a lot of 1-1 time with Andy throughout the years. We had deep conversations about life, our lives and our dreams. He loved being a teacher. He described to me how he was working hard in the evenings and weekends to come up with creative and fun material for his classes. And taking the time to grade homework and tests accurately and fairly. I was so happy to know there are teachers like this as I have witnessed so many who do not take the time to do any of this. He got so much energy seeing his students succeed and improve. And he was so proud of the positive and appreciative letters he got from the students' parents.

I hope this helps you to understand the person Andy was to me all his life and how I only experienced him in positive ways.

Sincerely,
Jennifer Wolf

EXHIBIT G   family

July 19, 2022

The Honorable Mark A. Kearney
United States District Court,
Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: Andrew Wolf

Dear Judge Kearney:

I am Andy's aunt, his mother's sister, and I have known him all of his life. I have always been in awe of his intelligence, his achievements, his musical ability, and his kindness to everyone. We've spent birthdays, Christmases and Thanksgivings together, some ending with Andy playing piano (or other instrument) while others joined in. Over the years there have been weddings and vacations, lots of time to observe how thoughtful Andy has always been. I attended high school plays that Andy was in; he often had a leading role in very impressive productions. He always had the incredible ability to be deeply involved in projects, following through, and being so amazingly creative with everything he did.

Except for those holidays he came home for, I lost contact with him during the four years he spent at Cornell. My sister filled me in on his wonderful accomplishments there. He was drum major for Cornell's marching band, and made so many friends, as he always did from every place he spent time. I don't know anyone else so admired as Andy always is.

As you may know, Andy was a teacher of mathematics. On the holidays I got to share with Andy, when the family was together in more recent years, I got to keep up with the great trips Andy was planning for his students, scheduling, tutoring, always reaching out to give more than what was required. This is typical of Andy and his ability to be involved and appreciated. He is always learning, always generously sharing.

I moved to a new home a couple of years ago, which overwhelmed me. I have a son living in Nevada, and a son in Virginia with three children, so I was alone and in need of help. Andy volunteered to save the day. He was a tremendous help. He even spent an entire day in my garage breaking up cartons for me.

Forty plus years of knowing Andy could fill a book, but all I have is this letter. So before I close, I need you to know how very much I love him, and how worthy he is of all the love coming his way, from devoted friends and family, as well as mine. I want you to know how accomplished he is, how much he has brought to so many lives. Andy is truly a good person. In my 75 years, I have met no one so well-rounded, so sincere, so skilled, so admirable. Please consider this in sentencing.

Sincerely,

*Geri Tyler*

Geri Tyler

EXHIBIT G    family

BARRY RABNER

July 7, 2022

The Honorable Mark A. Kearney
United States District Court
Eastern District of Pennsylvania
6613 U. S. Courthouse
601 Market Street
Philadelphia, PA  19106

Dear Judge Kearney,

My name is Barry Rabner and I am writing in reference to Andrew Wolf who is appearing before your court.

I recently retired from the position of President and CEO of Penn Medicine Princeton Health. I am currently serving on the boards of trustees of Rider University, The Center For Health Design and Zufall Health, a network of community health centers.

I have known Andrew all of his life, first as a neighbor and over time as a friend. Andrew has been an exceptional person all of his life; a gifted student, musician, actor, educator and leader. More importantly, Andrew is a generous, thoughtful, caring and dependable person. He was a role model and math tutor to both of my children.  My son, who is now a pediatrician, wanted to be like Andrew; school band member, drum major, theater cast member and teacher. In fact, my son did all those things as a result of Andrews influence.  I also appreciated and admired his work tutoring my daughter. A teacher today, she was influenced in her career choice by Andrew. He helped her learn not simply by teaching the mechanics of math but by addressing her lack of positive attitude, confidence and attention. He helped her value mistakes. Andrew is an exceptional teacher and someone she wanted to emulate. Andrew has had a significant positive impact on my family and I believe on his many students, colleagues and friends.

Please let me know if I can be of any further help. I can be reached on my home number 908-874-6694, cell number 609-902 9937 or email bsrabner@gmail.com.

Sincerely,
Barry Rabner

EXHIBIT G  friend

Telephone: Loretta: (267) 615-4938
Paul: (267) 615-4926

December 15, 2022

The Honorable Mark A. Kearney
United States District Court
Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Kearney:

We are writing this letter to ask leniency for Andrew Wolf.

Let us introduce ourselves, we are Paul and Loretta Esterheld. Paul graduated from Villanova University with a degree in electrical engineering and earned a MBA from Xavier University. Paul spent over 40 years in the electrical equipment industry and retired as the Senior Vice President of Rumsey Electric Company. Loretta earned her bachelor's degree in English from Cabrini College and together they raised two children over 50 years of marriage.

Between December, 2010 and December, 2018, we lived directly across the street from Andrew's parents, Ron and Debbie Wolf, and we quickly became best friends. During that time, we had several opportunities to interface with Andy. We spent many evenings with him and his parents playing games and enjoying frequent dinners. We witnessed a loving son, brother, and uncle who would eagerly teach us the latest features of an iPhone or help us hookup a SMART TV. Andy loved to spend time with his family. They had partial season tickets to the Phillies and he religiously went with his parents, sister, and her family. Family vacations were the norm, they ranged from the entire family with nieces and nephews to travelling with just his parents. Exploring their family history in Austria to enjoying the Canadian Rockies were just a couple of their trips.

Andy continually sought out teaching opportunities and made learning fun. On March 14th each year he would celebrate PI Day with his class by having math contests and eating pie. Andy used a slide rule, given to him by Paul, to expose his class to the evolution of solving complex math problems to the tools employed today.

We know him as honest, compassionate, hardworking, smart, and conscientious. He is a man that anyone would be proud to have for a son.

We are requesting that you show mercy towards Andrew.

Sincerely,

Loretta Esterheld

Paul Esterheld

EXHIBIT G  Friends

Linda Panasci

610-647-4691 (home)
610-405-6544 (cell)
Email: lindapanasci@comcast.net

August 1, 2022

The Honorable Mark A. Kearney
United States District Court
Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania  19016

**RE:  ANDREW WOLF**

Dear Judge Kearney:

I am pleased to write a character letter for Andrew Wolf.  I would like to introduce myself.  My name is Linda Panasci.  I was born and raised in Philadelphia, and together with my husband, Salvatore, have resided in Devon, Pennsylvania for 48 years.  I attended Pennsylvania State University, majoring in Elementary Education.  Professionally, my path led me into a career in public relations and marketing which includes 10 years as an account executive with an advertising agency, and 25 years with the Philadelphia Flyers Hockey Team, in separate positions as the team's Director of Public Relations, Director of Marketing, and Director of Community Relations.

I have known Andrew Wolf and his parents, Ronald and Debbie Wolf, for 35 years.  He comes from a very loving family.  When I first met Andrew, he was six years old.  My initial impression of him was his intelligence, and the kindness he displayed with his younger sister, Bonnie.  I was playing a word game with them and Bonnie was trying to keep up.  Andrew spent the time to teach his sister the meaning of the word and helped her to include it in a sentence.  He wanted Bonnie to succeed.  I recall thinking how kind that gesture was.  As the years went on, I watched Andrew develop into a respectful, responsible, and reliable young man with natural leadership skills.  He always took his home responsibilities/chores seriously.  I would often comment how Andrew would jump up to clear the table, sometimes before I was finished eating.  He was always an obedient and genuine child who actively participated in life.

(continued on page 2)

EXHIBIT G   friend

During Andrew's middle and high school years, he displayed his creative abilities by participating in school plays, and the school marching band. We always enjoyed attending his school activities and how proud we were watching him perform in his theater presentations. He showed discipline and persistence in studying his lines. In my youth, I studied classical piano for 12 years. I have fond memories, years later, of the times we would visit Andrew's family home, and he and I would play piano duets together. His musical talent was impressive. Family life and family/friend connections are extremely important to Andrew. His immediate and extended family live around the world, and prior to FaceTime and Zoom, Andrew created, designed and edited a monthly family newsletter. At his expense, this was mailed to family and friends. I looked forward to receiving it, and sometimes would find a comment or story about my family. It would make me chuckle that he included friends' information in his family news.

Andrew is someone who can make decisions while also taking into account the opinions and suggestions of others. I witnessed these qualities first hand. For Andrew's senior project in high school, I invited him to be an intern, for the month of May, at the Philadelphia Flyers. Knowing his interest in sports statistics, I had him work on the preparation of the upcoming year's Media Guide publication. This includes information and statistics of every player on the team. The media refers to this information throughout the hockey season. It needs to be accurate, with no mistakes. Andrew took this responsibility very seriously, and would confer with me on a number of subjects. He would ask questions and offer suggestions. The statistical information he researched was impeccable and included in that year's Media Guide. Throughout my tenure at the Flyers, I have mentored hundreds of high school and college interns, and I consider Andrew one of the top three interns I guided. His positive attitude, organization, problem solving skills, temperament, and respectfulness were above reproach.

On a final note, a number of years ago, my husband suffered a Mild Traumatic Brain Injury due to an automobile accident. I cannot emphasize enough, how compassionate Andrew was with him during his recovery. He understood my husband's cognitive issues, and would spend time helping him with math and reading issues. Andrew's patience, encouragement and understanding with him were remarkable.

People fall and stumble. Difficult times do happen. It's how a person responds to them that defines character. I believe Andrew's ability to handle life's challenges is a measure of his strength of character. He has taken responsibility for his actions and has an opportunity to write a new story for himself. He has the capacity to meet life courageously. I hope I have offered an insight into the Andrew I know…kind, compassionate, intelligent, strong, patient, respectful and a leader. He is someone who is far more than the offense to which he has pleaded guilty. I am fully aware of the severity of Andrew's actions and understand he must be held accountable. My request is that you consider Andrew's exemplary life history and human goodness when you make your decision.

Thank you for taking the time to review this letter and learn more about Andrew Wolf. I am available to confirm the facts in this letter by telephone or email.

Sincerely,

Linda Panasci

EXHIBIT G

Jannis Meents

Germany

The Honorable Mark A. Kearney
United States District Court
Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
USA

Germany, 12 August 2022

To the Honorable Judge Kearney:

I have known Andrew Wolf since 1998. I am a German citizen and I was a German High School student at the time, visiting the US for a half-year stay abroad. I stayed with a host family in Dresher, PA and started visiting Upper Dublin High School as an exchange student from August/September 1998 until about February 1999.

I did not meet Andrew in High School, as he had already gone off to College at that time, but I was in the same grade as Andrew's sister Bonnie, who I got to know rather well throughout my stay and who I became friends with after a while. A trumpet player myself, I joined the school's marching band, where I heard a lot about Bonnie's older brother Andrew, who had been band leader only a few years back.

I finally met Andrew during his fall break from college. We immediately became very good friends and started spending time together. I have to admit that since some of my classes at school were not very hard (we had already covered many topics in the German curriculum) and since my grades did not matter much, I did not spend much time with school work after school and neither did Andrew as he was on his college break. That allowed the two of us to spend much time together in the afternoons when my classmates would be busy with school work. We thus became very good friends, sharing a love of music, films, languages (Andrew's German is very good!) and Hoagies (they were a novelty for me that I will always miss!).

During these weeks, Andrew became a great influence to me. He always was (and still is) so very open, interested, forthcoming, helpful and loyal. He was always there for me and took it onto himself to show me around this new world. I had never been to the US and many of the things that are normal to you were very strange and unfamiliar to me. I remember days being driven around town by Andrew, being amazed by the size and the vastness of everything, hanging out at shopping malls (in those days, we didn't have those in Germany yet), book stores and cinemas. Andrew took me to downtown Philly and introduced me not only to Philly Cheesesteaks, but also to the most important historical places, something my host family somehow failed to do.

EXHIBIT G  friend/exchange student

Over the months, I must have spent rather a lot of time at the Wolf household and I got to know Andrew's parents Ron and Debbie, who were always so very kind to me and almost treated me as their own exchange student. The Wolfs even took me on a family trip to Washington DC, where I had never been before. That was one of the highlights of my stay, not least of all because I got to spend all those days in Andrew's and Bonnie's company.

I can safely say that without Andrew, I would not have seen half the things I saw during my stay in the US. He really made my stay a truly memorable experience, which I wouldn't miss for the world. And I can also say that during this time, he became kind of a mentor to me. Someone I looked up to. This older, more experience guy, who already went to college and knew so much. He was by a long run the most important person of my stay abroad.

From all the people I met during my stay in the US, Andrew is the only person I kept in touch with over all these years.

I returned to Dresher about a year later in springtime on a short visit. During that short stay, I also visited Andrew at Cornell in Ithaca, NY. That was yet again another eye opener for me as the American college system - and especially the Ivy League colleges - are a bit of a well-discussed mystery in German teen society. I stayed for a few days in Andrew's dorm, he showed me around campus and we hung out together as friends reunited.

Since those days, Andrew and I have always been in more or less regular contact to this day. We have visited each other several times since then, with Andrew making the effort much more often than me. Andrew has visited me in my home town of Cologne, he came to visit me when I was at University in the early 2000s, he visited me in Cambridge, UK in 2010, he came to visit my wife and me in Germany in 2017 and again in 2019, where he also met our son. In between all of these visits by Andrew, my wife-to-be and I visited Andrew in his then fairly new home in Philadelphia in 2013 and I met him again in Washington DC in 2017, where he went to the trouble of driving from Philadelphia to DC after his work day to meet up with me for one evening.

I believe this list of visits, especially by Andrew, shows the type of person he is. He is a tremendously good and loyal friend and won't hesitate to go to great lengths, to see his friends in order to help them or simply to keep in touch with them. It also shows his great interest in other people and in their lives, a characteristic that is much too rare these days. He did not just visit me all these times because he felt he had to or because he was passing through anyway. No, he was genuinely interested in where and how I lived and in what I did.

Even though we had met and spent a lot of time together as two young single guys, when the time came, Andrew was extremely open and welcoming to my wife-to-be and she was immediately included in this formerly two-boys-friendship. Since then, Andrew has always shown great and true interest in my wife's life and wellbeing and this also extended onto our son once he was born. Basically, I believe that Andrew is such a selfless, altruistic and empathic character, that his interest in other people's lives and wellbeing maybe even surpasses his interest in or care for his own wellbeing, which is something that he and I share and that bonds us two together.

On our visit to Andrew in 2013, he showed us his school and we were able to visit his perfectly up-to-date digital classroom. I specifically remember this as I have never seen this in Germany and I was amazed by how advanced his teaching was. Andrew and I have discussed his career and his skills as a teacher a lot over the years. I know that Andrew has found his destiny as a teacher. As I said, Andrew is patient, empathic and altruistic, which makes him the ideal teacher. I know that he lives for his students and thrives on their development as young people on their way to adulthood. If I had the choice, I would not hesitate to give my kids into Andrew's care as a teacher.

I know in my heart and I have witnessed on his last visit that Andrew is a fantastic father. He is deeply caring, sensitive, patient and empathic and he immediately bonded with our two-year old and spent much time with him, reading him books or playing with him. We had discussed his lack of own children at length and he very much confided in my wife and me in his attempts of having a child of his own. We always supported him in his trials as we both know what a great father he will be. To know that he is now missing so much of his daughter's early years breaks my heart and I hope so very much that he may be reunited with her as early as is conceivably possible.

Hoping that this letter will help in achieving that.

With kind regards,

Jannis Meents

EXHIBIT G

To whom may concern Andrew Wolf
was my head teacher to help me pass my
test and I understand very well. It was
true that I wanted to give up but he was
there to make sure I didn't give up or regret.
I want to thank him also for taken time out
of ____ days to ____ me through the test ___ ___
was give me strength and to teach to ____
myself to think I know I could. I know I
could had to get it. I will love to say ____
that is in I want to you anther ___ ____
I ____ ____ but I ___ it now thanks to
him. I feel so proud of myself to ___ here
___ ___ my ___ ___ ___ ___ ___
got my ____. I will love to say thank you
my ___.

Ryanson ___

EXHIBIT G

FDC

August 12, 2022

The Honorable Mark A. Kearney
United States District Court
Eastern District of Pennsylvania
6613 U. S. Courthouse
601 Market Stret
Philadelphia, PA 19106

Dear Judge Kearney:

My name is Jeff Clark, and I am writing on behalf of Andrew Wolf.

Andrew was my colleague for nine years at Chestnut Hill Academy which about ten years ago merged with Springside School to become Springside Chestnut Hill Academy (SCH). Even after this merger, the middle school boys and girls at SCH were taught separately through eighth grade. Andrew was for most years one of two boys middle school math teachers, and I was one of two boys middle school science teachers. With the school being quite small—about 45 boys graduated from our eighth grade each year— Andrew and I had a lot of contact on a daily basis. We  collaborated frequently in areas where the eighth grade math and science curriculum overlapped. In addition, as eighth grade homeroom advisors, Andrew and I met weekly with the other members of the "Eighth Grade Team." Andrew and I traveled with the eighth graders on twice-a-year overnight trips, to the Poconos and to New York City. Truly, no school day ended without my having had numerous contacts with Andrew, so, professionally, I knew him very well.

Andrew was also a middle school coach. Baseball is one of Andrew's great passions, and for the entire time I was at SCH with Andrew he was the middle school varsity baseball coach. Coaching baseball was one of his great joys!

I have the greatest respect for Andrew as a teacher, and I can honestly say every faculty member I ever heard speak of Andrew spoke of him with nothing but praise, admiration, and respect. As I observed him, he really was a model teacher and, although I am about thirty years his senior, I looked up to Andrew and saw him in many ways as a model teacher. Extremely well organized, efficient, creative in his approach to teaching mathematics and, I cannot neglect to add, Andrew was a *caring* teacher. He typically went above and beyond what is expected. For example, if one of his students needed some extra support, Andrew would contact the parents and offer to come into school early to provide that extra instruction. He was always diligent keeping parents informed about the progress of their son.

EXHIBIT G colleague

Andrew was a great help to me on many occasions. He was aware I was not particularly skilled with technology, and he was always there, kindly offering to help me and always boosting my confidence!

Frankly, I could go on and on citing examples of what made, or *makes* —because I believe he is *still* this type of teacher — Andrew the gifted and talented teacher he is. I will add two more examples that speak to Andrew's multiple skills, his generosity, and the respect he earned at SCH.

One summer the school quite suddenly discovered they needed someone to work on class and room scheduling for the high school. Andrew jumped right in to offer his services to do this very complex task. He did such an excellent job the school begged him to take on this job for the next summer, which he did. He got better and better at the job, eventually taking on scheduling for the entire school. Numerous times I heard people in the school administration say they could not possibly manage this complex job without Andrew.

A few years before I retired, the chair of the Math Department had to take (I believe it was) a medical leave of absence. Almost without exception at SCH, Department Chairs were always teachers in the high school. This time when the Math Department suddenly found themselves without a Chair, they broke with that pattern and selected Andrew, a middle school teacher in his early thirties, to become the Acting Chair. By all accounts, he did an outstanding job — not at all surprising to those who knew Andrew.

I will admit I did not have a great deal of contact with Andrew outside of school, certainly compared to how well I knew him in school. I am unable to comment on his activities in his community, civic involvement, or religious activities. I went to a number of Phillies games with Andrew and other colleagues, and my wife and I visited Andrew in his home a few times. Andrew and I had two little things in common outside of our lives at school that we enjoyed talking about: We both have degrees from Cornell University, and we had fun conversing about our experiences at Cornell. Also, by coincidence, Andrew's sister lived for a period of time in the Netherlands, and my sister has lived there her entire adult life.

While I did not know Andrew well outside of school I believe, as a close colleague of his for nearly a decade, seeing daily how he interacted with his students and colleagues, that I had a good sense of the person he is. I want to emphasize here that in the nine years I worked with Andrew, including being with him on nearly twenty overnight trips with the eighth graders, I never witnessed him commit a single, even *slightly* inappropriate behavior toward a student. So I was *completely shocked* when I learned of the terrible acts he committed.

I will close by sharing two memories that will always stick in my mind that represent to me the person Andrew Wolf is. As a gift to me on the occasion my retirement Andrew put together a lovely, bound photo album full of photos of experiences Andrew and I shared over the years with the students such as recess games, Blue and Blue Day, the annual Science Olympics, and activities on our class trips. The person who assembled this album for me is the person I know Andrew to be. This same person always remembered my birthday, and every year after I retired, Andrew emailed me a happy birthday greeting!

When Andrew had been a father to his daughter, Charlie, for barely three months, my wife and visited him at his house. There he was, a new and single father caring for his infant daughter. He was so happy and so knowledgeable as a brand new dad. My wife and I were very impressed and felt so happy for Andrew. The person who showed the courage to become a single father and who so clearly demonstrated his affection for his new daughter is the person I know Andrew to be.

I believe somehow, tragically, Andrew strayed to a very dark place and committed some awful deeds, criminal acts for which he must serve time in prison. Andrew was a marvelously talented and dedicated teacher before he made some terribly poor choices. I believe there is a good person still "in there" and that upon his release Andrew will, first and foremost, strive to become a good father to his daughter and that in addition he will do all he can to channel his talents and energy into improving the lives of others, as he has shown he is capable of. I hope you will grant Andrew some leniency as I believe, given a second opportunity, he will contribute his considerable skills and talents to society in commendable, worthwhile ways.

Sincerely,

*Jeffrey R. Clark*

Jeffrey R. Clark

June 24, 2022

The Honorable Mark A. Kearney
United States District Court
Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19196

Dear Judge Kearney,

I am writing you today on behalf of Andrew Wolf. Andrew was a student of mine at Upper Dublin High School where I taught German for 25 years. I have known him since 1994 and feel I know him well.

In class Andrew was a model student. He actively participated and always produced outstanding work. He was a member of our German club and made contributions there. Andrew was also a part of an exchange program I ran for select students. He spent three weeks in Germany with me, living for ten days with a German family and touring with me for an additional ten days. It is during a trip of this nature that a teacher truly gets to know his/her students. Andrew did not disappoint. He was always well behaved and respectful and did well in the home stay and on the road.

When Andrew graduated in 1998, our relationship did not end. We have remained in touch throughout the years. In fact, a few years ago Andrew arranged for a small group of my former students to surprise me with their appearance at a German class I was teaching at my local library. It was a special moment for me and typical of Andrew's thoughtfulness.

I hope this gives you a picture of the Andrew Wolf I know. Please give consideration for leniency. I would be happy to answer any questions you might have.

Respectfully,

Janice D. Frohner

EXHIBIT G   colleague

215-470-4222 (cell)
215-699-4775 (home)
rwolf131@comcast.net
August 9, 2022

The Honorable Mark A. Kearney
United States District Court
Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: Andrew Wolf

Dear Judge Kearney:

I write in support of my son, Andrew Wolf, who has openly pled guilty before Your Honor. My wife, Deborah, and I were present during the change of plea hearing and we observed the sincere remorse that Andrew expressed. This is consistent with his expressions to us and to many others of how devastated he is for the harm he inflicted upon his minor victims and the sadness this has brought upon us as a result of the frightening prospect of not being in his company for the foreseeable future.

I should disclose to Your Honor that I am a member of the Pennsylvania and Philadelphia Bars, as well as of the Eastern District and Third Circuit, having been in civil practice for the past 47 years. However, this letter is purely in my capacity as a loving father.

Andrew himself is the loving father and single parent of a young daughter whom he misses beyond any measure. The birth of Charlotte, whom we all call Charlie, in April 2021, was the result of a three-year focus of Andrew's life to create an offspring by *in vitro* fertilization with an anonymous egg donor. Andrew had the passionate desire to devote himself to his own child just as he had been devoted in so many positive ways to his nieces and nephews. In the five plus months before his arrest Andrew demonstrated all the right instincts of fatherhood. He studied the books, doted on Charlie, and developed a keen sense of how to be a single dad in a mostly multiparent world. Andrew's mom and I were present at Charlie's birth and spent as much time as possible with the two of them while observing the absolute devotion and love that Andrew had for his little girl. Now Charlie is in our care with the fervent hope that the separation of father and child will be short enough that he will be able to offer some nurturing of Charlie during the short time before she reaches adulthood.

During the height of the pandemic, but even before, Deborah and I had a firsthand view of how hard Andrew worked to make math education meaningful and fulfilling for his students.

EXHIBIT G family

Yes, math was the subject he taught, but there was so much else to impart to the students: the inspiration and joy of succeeding; persistence; integrity; and good character. This carried over onto the baseball field where Andrew's coaching was directed to instilling confidence, teaching the skills of the game, and emphasizing good sportsmanship.

Everything about our son has been about fairness. His work developing diversity protocols at SCH was one of the most important features of his extracurricular work. And if there was ever an infraction of rules by a student, Andrew's goal was to obtain the facts, involve the parents, and make a decision that was just and appropriate. In the classroom, Andrew felt it to be his number one goal as a teacher to have everyone succeed and to leave none of his students behind. It is no wonder, as Your Honor can see from the many accolades from students, teachers and parents alike, that Andrew was one of the most respected and admired teachers at SCH. The honors he received, which included being voted teacher of the year; named an honorary alumnus; awarded an honorary academic chair; and made chairman of the department speak to how highly Andrew was thought of at his school.

Andrew still has so many vital ways to contribute to his community; to be a guide; and to inspire others to be their best. This has continued in prison where he has already helped a number of fellow inmates to master their skills and achieve their GEDs. Andrew will pay the price for what he has done and with this Court's help hopefully he will receive the treatment and counseling he requires in order to be permitted once more to be a productive member of society.

Respectfully yours,

Ronald L. Wolf

EXHIBIT G

August 7, 2022

The Honorable Mark A. Kearney
United States District Court
Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Kearney,

While you will receive many letters attesting to the outstanding character of Andrew Wolf, I know first hand.  For I am his mother.  I know how intelligent he is from the time he was a curious toddler to the way he excelled in school reaching number one status at his high school graduation. From his Ivy League university experience to his ongoing thirst for knowledge receiving Time magazine and catching whatever news he can during this past year's incarceration.

I know how entertaining he is from the times he performed magic as early as an elementary schooler to the plays and chorus performances he participated in much later.  But mostly from his quick wit and perfect jokes to fit the moment.  He always has us laughing, even in these trying times.  He always lightened the mood in any gathering. He always wants others to be happy.

I know how great a teacher he is since he played "school" with his little sister when they were very young, teaching her some of what he had learned in school, to the way he dealt with teaching during Covid with all of the challenges that presented.  He came to live with my husband and me in Florida over the spring and early summer of 2020.  We participated in doing the lessons he gave his students brushing up on our advanced algebra after 50 some years. And we saw first hand how good a teacher he was.

I know how engaged in a task he can be. I can still see him writing his own thank you notes at 5 years old for his birthday presents, using stickers and colored markers and asking how to spell certain words so he got it right. And from the time he was a middle schooler into the present he took on the task of being our family historian delving into websites and census records to recreate who we are and who our ancestors were.  He even suggested a trip to Europe which he took with my husband and me finding cemeteries and records to help in his quest. I admire the tenacity he has when undertaking such tasks, always being challenged to continue, to learn and do better.  He often is working on a word or logic or math puzzle with the ability to keep going when others may have quit when it got difficult.

I know how thoughtful and caring he is. FIfteen years ago I was hospitalized for a two-week period. While I wasn't feeling very ill or in any pain, that period of time gets long and boring. But when Andy came to visit, he brought a new game and he and his sister sat on the bed with me and naturally we had a great time. Likewise he is terrific in keeping his nieces and nephews involved by spending time with them and honestly wanting to know what they are doing in school and helping if necessary. We've witnessed how he wants his students to succeed and the extra time he would put in to accomplish that. He has an uncanny way of knowing just what someone or some situation needs and then provides it.

I know how important having his own family is to him. From the quote in his high school yearbook saying he saw in his future being married and having children to his recent endeavor to have a baby he has wanted to be a parent. In the winter of 2019 he asked my husband and me what we would think of him being a father. Being single this was a logical question. Of course we were fully in support of this idea. He had actually taken steps starting a year before without our knowledge. And two full years later after IVF, clinics, egg donors, a surrogate, nurses, lawyers and more, our beautiful granddaughter Charlotte was born. I truly know that this is without a doubt the most difficult part of his incarceration. He is a wonderful father and continues to be by way of his interest in "Charlie's" activities and growth with each phone call we share. He makes suggestions to us which are always right on point. Charlie is in our custody now and with the help of Andy's sister Bonnie and her family we care for her on a daily basis. She is the one bright spot in our lives. But I ache for him to reunite with her as soon as possible.

Most importantly I know how remorseful, regretful, embarrassed and ashamed he is for his situation. He has written many letters expressing how sorry he is to friends, colleagues, and family whom he has disappointed. He also has expressed his apologies to the students, and their families and others who are impacted by his actions.

Your Honor, what I don't know is how he was suffering and what he was hiding. To anyone and everyone this is a contradiction to the son we have always been proud of and the exemplary human being we consider him to be. I do know that he will accept his punishment and use his time to be productive and face what comes his way. I only hope for leniency in his sentence so that he may hopefully be able to play a role in his daughter's life and ours as well.

Sincerely,

Deborah J. Wolf
215-915-8864
dwolf324@comcast.net

EXHIBIT G

The Honorable Mark A. Kearney,
United States District Court,
Eastern District of Pennsylvania,
6613 US Courthouse,
601 Market Street,
Philadelphia,
PA 19106

6th January 2023

Re: Andrew Wolf

Your Honor,

I am writing to you from London, England. I have known Andrew Wolf since he was a boy. He is my first cousin once removed and comes from a loving and upstanding family which he has always been a very close part of.

Andy has always been remarkable for his kind and gentle manner and his intelligence. He has a sensitive, kind and thoughtful nature. I have watched him grow from a loving boy, very much orientated towards his family, into a diligent, talented teacher.

In addition to seeing him when I am in the States, he has visited us in the UK where he was a treasured visitor. He fitted into the extended family with ease and a sensitivity and wisdom way beyond his years. He also got on very well with my and my sisters' children. We all liked him very much and would often remark on what an exceptional young man he was.

I've no knowledge of the offences he's committed but I do know that there is a tremendous amount of goodness and kindness in him. That he is a gentle loving soul with an incredible gift for teaching.

I have some standing in the UK as a former television network reporter and now author. I have no hesitation at all in supporting Andy and asking for any leniency you are able to offer. I know that he will do everything in his power to do all he can to give back to the world for what he has done.

With many thanks for reading this. Do not hesitate to contact me if I can be of any further assistance.

**Jennifer Nadel**

Co-Founder: Compassion in Politics
Executive Chair: Global Compassion Coalition
Co-Editor: How Compassion Can Transform our Politics, Economy and Society

EXHIBIT G  family

20 July 2022

The Honorable Mark A. Kearney
United States District Court,
Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Kearney,

I write on behalf of my cousin, Andrew Wolf. He is seven years younger than I am, so I have known him his whole life via numerous family gatherings. I am getting to know him even better now by exchanging very frank letters.

In case it helps to know who is writing this: I graduated from the engineering and Wharton schools at Penn and went on to a doctorate from the University of Chicago. I was a tenured professor of astronomy and physics at public liberal-arts college in Colorado before switching tracks to be the editor-in-chief of a science magazine at Los Alamos National Laboratory. I recently moved to Nevada to pursue some independent writing and explore the mountains of the Pacific Crest.

The thing that has always been striking to me about Andy, year after year, is this: He is entirely beloved. With any other family member (probably in any family in America), there is always gossip, and some of it bad—"so and so is closed-minded" or "you know how so and so is." Not with Andy. I can't recall a single even faintly negative comment about him from anyone, ever. His presence in our family has always been completely positive; no aspect has ever been objectionable in any way. Every room and every event is undeniably better for his presence. He is lively, funny, kind, thoughtful, pleasant, and selfless (plus a Phillies fan with infectious spirit) without a single moment's exception. He has been all these things consistently for decades, all the while (I now realize) suffering in silence, managing extraordinarily vexing feelings every day. He is a truly wonderful person.

Based on Andy's letters to me, I can assure you that he is overwhelmingly, unwaveringly remorseful. There is no part of him complaining that his incarceration is unwarranted or unfair; he is simply sorry. I understand that there is a punishment to serve, but in truth, he has already learned his lesson. He refers exclusively to his bad habits and bad choices, never to his bad fortune.

Genes combine in complex ways, and evidently my cousin got saddled with aberrant sexual feelings. I can't speak to that; I've never witnessed any evidence of it myself. Nor am I qualified to assess it in any meaningful way. Whatever its nature or origin, it's there. However, I realize now that he did an extraordinary job keeping it under wraps for decades, such that we, his family, saw all the other sides of him exclusively—everything he is apart from this problematic trait. We saw him for his quick wit (he's always making little jokes), for his obvious dedication to education and pedagogy (as a comparably dedicated STEM educator myself, I would discuss these with him often), and for the striking perfection with which he never spoke an unkind word to anyone (truly not even once, to my memory).

EXHIBIT G  family

Your Honor, please believe: My cousin is and has always been an exceptionally good man—apparently wrestling with an exceptionally difficult mental circumstance. Despite the horror of his lockup—the tremendous shock to me and the rest of the family—it does warm my heart to know that he has started to receive at least some manner of professional psychological attention (by way of evaluation), which he probably needed all along.

I'm sure in your position you must read the next three words so often as to render them effectively meaningless, but: I beg you, if there is any way Andy can be permitted to safely rejoin society, please give him that chance as soon as the option is available. I know with perfect confidence that he will not make you regret issuing such a judgment.

If I can be any help to Andy's case beyond writing this letter, I hope you will allow me to do so.

Thank you,

Craig Tyler
1
F
505-204-5270

EXHIBIT G   family

The Honorable Mark A. Kearney
United States District Court
Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

July 24, 2022

Your Honor:

I write to you concerning my nephew **Andrew Robert Wolf**. Although I have never lived with or near Andy, I had been in contact with him throughout his life. I knew Andy as an essential and present member of a loving and stable family, adored by all who knew him. Andy was the type of person who lit up a room with his warmth. He was dependable, conscientious and selfless, someone whom everyone relied upon to be available and giving. Andy was grounded in his family network.

After successfully completing his studies at Cornell University, I was pleased to see him enter the teaching profession. He gave his all to teaching, eagerly sharing his mastery of mathematics and inspiring his students to excel. Devoted to his work, he would take time from family gatherings to prepare his coursework for the next week. Andy would entertain us with stories of his lessons and the achievements of his students. He reveled in the comradery of his colleagues, who in turn took any occasion to share with us the inspiration they derived from his commitment and spirit.

Sincerely,

Alexander L. Wolf

EXHIBIT G   family

To: The Honorable Mark A. Kearney
United States District Court
Eastern District of Pennsylvania
6613 US Courthouse
601 Market Street
Philadelphia, PA 19106

September 1, 2022

   As a father, grandfather, and uncle, I've been fascinated to follow the development of those tiny babies as they gradually elaborate into the complex adults they (We!) all become.
I'm Andy's uncle. It's been particularly gratifying to see the man resulting from that small bundle of energy.
   His formal education concentrating in engineering and math and his eventual career as a math teacher have been eminently successful. That's not surprising, since you can see that he's centered his life around teaching, living just across the river of Fairmount Park from his profession, the Springside Chestnut Hill Academy.
   He's always had a deep interest in following local sports teams.
You can tell how deep, knowing he was the drum major of the marching band at his Cornell University's football events. He's shared his enthusiasms with other sports followers and been a collector of sports memorabilia. Phillies games are not to be missed! He's always been an outgoing socially involved person, making many friends over the years in various venues, so often when doing something new.
   But Family has always been essential to him.
He's gone back in time, researching his heritage to its origins in Europe and Russia. He's taken that information forward and discovered living relations that no-one knew of before. He's taken Family into the future through his daughter Charlie. The seriousness of his love of family can be seen in Charlie. Andy persisted in the face of enormous odds to create her. He's single. The very expensive surrogate pregnancies he arranged failed on two attempts. Eventually the endeavor succeeded, producing a charming and much loved daughter who, not incidentally, looks much like her daddy did in his early days. She's a cherished addition to the larger family.
   Andy himself grew up in the context of his wider family.
Over recent decades he would be sure to keep close by taking day trips from Philadelphia to the Massachusetts Berkshires to be with his grandparents, his aunt and uncle, and, of course, his peers, friends, and loved cousins – my children – maintaining what they had had while growing up with each other. I say "with" even though there was always a distance of a few hundred miles because that was how close the relationships *felt*.    Andy has been widely and earnestly loved.
   His interests have always ranged far wider than his core concerns.
Though having professed no capability in practical homeowner maintenance and things mechanical, we both fondly recall my hanging his house number. I did this for him during a housewarming visit after a brief period of that new home being anonymous to deliveries. Recently he's expressed curiosity about my own homeowner skills. Did I learn online? Did I learn from my father? He expressed his appreciation of the chat that followed, thanking me for sharing that interesting bit of myself, his abstruse old uncle. He also wants to know more about Historically Informed Performance Practice of Baroque music, asking me what MP3 examples to listen to.  He always wants a challenge, always something new.
   This is the child, the boy, and the man I've known.
As I approach the end of my time, I dearly hope to be able to hang his house number for him on his next owned home.

Sincerely,

EXHIBIT G   family

Jeffrey D Patten

EXHIBIT G

To: The Honorable Mark A. Kearney
United States District Court
Eastern District of Pennsylvania
6613 US Courthouse
601 Market Street
Philadelphia, PA 19106

July 28, 2022

Andrew Wolf, Andy, is my nephew and I have known him since he was born. Over these years he has come to occupy a very special place in our family. For me and my husband and for our children, his cousins, he has been a golden, loving presence. He is cheerful, witty, intelligent, and generous.

Andy has been private about his own personal life, and naturally we had always hoped he would find a partner and permanent relationship. Instead, he devoted himself to his grandparents, parents, siblings, and nieces and nephews. He is our genealogist, keeper of the old records and photographs, and the family tree. At any family event, celebration, or ceremony, Andy was there. He was there for family vacations, all his siblings married and with children, Andy single and giving love and support to them all. So, when I found out that Andy was attempting to have a child of his own through surrogacy, I was more than delighted. It was a process fraught with expense and disappointment, hampered for a time by the pandemic as well. It is hard to describe the burst of joy and happiness that flooded our whole extended family when Charlie was born. All came to visit, share the moment, and repay in small part his years of devotion to them. I often look at the photo of Andy, leaving the hospital with Charlie in her carrier. Such happiness, such pride.

I am 75 now, and retired from forty years as an educator. I taught high school science, and served many years as science department head. My position included the hiring, evaluating, and advising of a staff of 30 teachers. I mention this because I have had the opportunity to see Andy in his role as a teacher. A particular incident stands out in my mind. One holiday, when the family were gathered at my parents' house, Andy, like all good teachers, had school work to do. He was stretched out on the living room carpet, correcting math exams. Now, for many teachers, you'd see a quick process of checks and exes, with maybe a comment here and there. Not Andy. A student had an incorrect answer. Andy said quietly "what were you thinking?", and went on to trace through his student's work until he figured out just where the misunderstanding had occurred. Then he wrote out an explanation on the paper. I thought to myself, this is a teacher I would hire!

Since Andy has been in detention, we have been in very frequent contact. Obviously he feels despair at his situation, but the positivity of his remarkable personality is there as well. He is genuinely interested in our doings. More than that, he takes pleasure in and is buoyed by our happiness. He reminds me of one of my favorite quotes, from Chaucer: "Gladly would he learn and gladly teach.". He has been reading, learning new skills, and as I'm sure you have been told, assisted a fellow inmate in studying for the a graduate equivalency exam. As heartbreaking and, I must say, shocking as it was to find out those aspects of Andy's life that we were unaware of, I still hold him in loving regard. I believe that he can in the future once again enrich our lives, and that of his daughter. I have to hope that the length of his incarceration and payment of his debt will not be so long as to prevent our seeing him once again on the outside.

Sincerely
Constance Patten

EXHIBIT G    family

To: The Honorable Mark A. Kearney
United States District Court
Eastern District of Pennsylvania
6613 US Courthouse
601 Market Street
Philadelphia, PA 19106

Andrew Wolf is my cousin and he is the nicest person I know. Andy has always had a spark of joy around him. He has the biggest grin and best giggle ever. He spreads joy wherever he is, and always has. He is the kind of person who has an unexpected and quick wit, adding a quiet and subtle joke when least expected and most needed.

In his quiet and gentle way, everything Andy does ties the family together. For every birthday, marriage, graduation, and birth, Andy would visit whether in Europe or in the United States. He keeps track of birthdays and anniversaries and calls or sends a kind note if he can't be there in person. He is also the historian of our family. When we inherited our grandmother's collection of albums, he was instrumental in the huge job of digitizing everything to save them. He has done important research and documentation of our family history, researching and exploring all the way into Europe before our grandparents were forced to flee. He created a detailed family tree and even discovered and contacted living relatives the family had not known about.

Andy is also a life-long learner and teacher. He loves to challenge his brain. The first things he requested in detention were some puzzle books. Since then he has also learned some new skills to keep his brain active. He always has an eager and positive attitude about learning. He shares that eagerness with others as well. He has already contributed his skills as a teacher to other inmates who were studying to pass the GED.

Through his actions Andy brings out the best in the people in our family. After family gatherings I could tell the difference between the photos Andy took and the photos anyone else took. While others' photos may look staged and false, the people in Andy's photos do not look self-conscious and are genuinely smiling at him. Despite being incarcerated he is still keeping track of the events of everyone's lives, remembering details and asking for updates on bits of news he might have been told about the life of the writer. He continues to compliment, encourage, and inspire.

But the most awe-inspiring characteristic of Andy is his positivity. He sees the world in terms of possibility, gratitude, and accomplishment. Despite the painful and depressing situation he is in now, almost every word Andy speaks is full of kindness and encouragement. Andy makes me want to be a more positive person. I have been a high school teacher for 15 years and as a teacher, I try to foster empathy, kindness, curiosity, positivity, and community in my students and student teachers. Andy exemplifies all of the qualities I hold in the highest regard. I look forward to the day when - after serving his time - he will be able to go back to contributing positively to society.

Nyssa Patten

EXHIBIT G   family

The Honorable Mark A. Kearney
United States District Court
Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

July 6th, 2022

Dear Judge Kearney,

My name is Jennifer. I am 50 years old. Andrew Wolf is my half brother. I call him Andy.

I was 9 when he was born and I remember how ecstatic I was when he entered the world. I spent most of my weekends with him and got to see him grow from an adorable baby to a wonderful adult. There was always consistency in the type of person Andy was growing up and becoming an adult. There were no surprises.

He was always a happy, smiling, funny toddler. Entertaining us all the time. Making jokes and wanting everyone to like him and smile back. He was full of positive energy.That stayed throughout his life.

I've always experienced my brother as extremely loving, caring for others, funny, and extremely smart. Not just book smart. But also full of logical and analytical thinking that many of us wish we had.

He also has a special way of dealing with people and relationships.
Andy was always the peace keeper in the family. He would ensure there was consensus while often putting his own preferences aside to first see what others wanted to do.
He was very easy going.
Not picky about what we ate together. What activity we did or game we would play. As long as the people around him were happy he was happy.

Andy brought light to our lives every time we saw him. And as I said was really the peacekeeper knowing how to maneuver between all the personalities in the room. And showing empathy for whatever an individual was going through.

Andy had a positive influence on everyone he met. With my kids he spent true quality time. Playing fun games, telling them stories, asking them questions as he showed genuine interest in their lives and listening to their answers.

I spent a lot of 1-1 time with Andy throughout the years. We had deep conversations about life, our lives and our dreams. He loved being a teacher. He described to me how he was working hard in the evenings and weekends to come up with creative and fun material for his classes. And taking the time to grade homework and tests accurately and fairly. I was so happy to know there are teachers like this as I have witnessed so many who do not take the time to do any of this. He got so much energy seeing his students succeed and improve. And he was so proud of the positive and appreciative letters he got from the students' parents.

I hope this helps you to understand the person Andy was to me all his life and how I only experienced him in positive ways.

Sincerely,
Jennifer

EXHIBIT G   family

Drs. Robert and Andrea Orsher

January 10, 2023

The Honorable Mark A. Kearney
United States District Court
Eastern District of Pennsylvania
6613 US Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Justice Kearney:

Please accept this letter as a character reference for Mr. Andrew Wolf. We have known Andrew and his family since the 1980's when Andrew was in elementary school. Andrew was a friend of our son and daughter and the three of them were part of a close circle of friends through middle and high school. These kids were very active in the school chorus and musical theater. While we remember attending many concerts and school musicals, what we also observed was the development of close personal friendships as these children grew and matured. In particular Andrew and our son James were quite friendly and have maintained a connection through college and beyond. Andrew attended Cornell University. We know that his positive experiences there were in part responsible for our daughter Rebecca's interest and subsequent choosing of Cornell as her college as well.

We have enjoyed a close personal friendship with Andrew's family. Celebrating many Wolf Family milestones through the years; birthdays of his parents and grandparents, weddings of his sister and stepsisters, birthdays of his nieces and nephews; what is immediately evident to everyone is Andrew's deep love for his family and their deep love and affection for him. Andrew is an excellent writer and speaker and is usually among the first in the family to make a speech or toast. Beyond the parties, Andrew is present in the lives of his family members, enjoying close relationships with all of them.

Andrew Wolf is smart, articulate, a great teacher, and we believe a good person from a truly remarkable family. We know that Andrew must pay a debt to society. However we ask the court to be lenient and to consider this letter and the others it has received testifying to Andrew's fine character family support. His loving family has not receded into the background. They have all stepped up with amazing fortitude to show their love and support for Andrew. They will be by his side during whatever incarceration he is obligated to serve. They will be there providing emotional and psychological support and will be waiting with open arms ready to welcome him back home when that time comes.

Thank you for the opportunity to provide this letter as a personal reference for Mr. Andrew Wolf.

Sincerely,

Dr. Robert Orsher                                                    Dr. Andrea Orsher

EXHIBIT G   friends

July 7, 2022

The Honorable Mark A. Kearney
United States District Court
Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

I have known Andrew Wolf since he was 2 years old.  We lived a few doors away from him and his family.

I know Andrew as a loving brother and son and a friend to many.  I can still picture him running around our backyard with our daughter and later our son, playing tag and T ball.  He is a man who loves to watch the Phillies play baseball and I know he's enjoyed many, many games at the ball park, keeping track of all the statistics at each game.

As he went through high school, I saw a young man with many talents but foremost, a smart, hardworking and dedicated student.  As one of the valedictorians of his Upper Dublin High School, he gave one of the commencement speeches. He went off to Cornell University and I was excited to learn he was planning on Engineering as his major.  Then he graduated and realized teaching was his calling.  I was very happy for his future students knowing what a dedicated and smart math teacher he would be.

He has been so good at maintaining friendships – reaching out and planning trips to visit his buddies.  When his sister married and moved to Holland, he was one of the first to go visit her and made many trips to see her and her family – He was especially close with his paternal grandmother who passed away recently at 100 years old.   And his nieces and nephews are each very special to him.  It is why I was so excited to learn about his daughter, Charlie and the many blessings she brings to his life.

I hope you will see a good man with much to give to his community and family. We are hoping to have him in our lives for many years to come.

Thank you

Amy Waldor

EXHIBIT G  friend

Ellen Toplin

215-850-3771

July 3, 2022

The Honorable Mark A. Kearney
United States District Court
Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Your Honor,

I have known Andrew (Andy) Wolf for 37 years. He was just 4 years old when we moved in next door to the Wolf family in Dresher, PA.

Andy spent his entire childhood and teenage years as very close friend of my daughter's. They played together in each of our family's homes and went to Junior High and High School dances together with their common group of friends. And I have had the honor of knowing Andy and his family continuing throughout his adult years, including his time as a loving, gentle, wonderful father.

I know in my heart Andy to be an honest, gentle soul, with a "heart of gold." He was always dependable, caring, reliable and an individual I trusted in my home, with my daughter, with our dog and within our neighborhood.

He was a stellar student and a wonderful teacher (I heard that from so many of his students who were my friends' grandchildren). He is so bright (was top of his class) and helped to tutor others needing assistance.

Thank you.

Ellen Toplin

EXHIBIT G   friend

The Honorable Mark A. Kearney
United States District Court
Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

August 9, 2022

Your Honor:

We have known Andrew Wolf for about 25 years since our daughter was
one of his best friends at Upper Dublin High School. They dated then and
even went to each other's respective proms together. As she continued
their friendship over the years, we too have become close to him. We have
followed his college and career path with interest, from his stints as a Drum
Major at high school and at Cornell University, through his time as a tutor at
Huntington Learning Center (where I (Kurt) was too), to his sponsorship of
the Math Team at SCH Academy. As a retired Physicist/Engineer I (Kurt)
particularly enjoyed hearing about his ability to memorize many digits of "pi"
and engage his students in that endeavor. Andrew came to our house
many times with Susan. We always found him to be a warm, engaging,
interesting, and respectful young man.

In summary, in our experience Andrew has been a wonderful friend, loving
son, brother, and uncle, and, recently, a devoted father to his precious
daughter Charlie. He has a genuine love of imparting knowledge and we
believe, with the right kind of help, he has the potential to be, again, a
contributing member of society.

Respectfully,

*Kurt Lichtenfeld*
*Jarrie Lichtenfeld*

EXHIBIT G friend

Constance Kilfeather

215.850.6656
constancekilfeather@gmail.com

August 24, 2022

The Honorable Mark A. Kearney
United States District Court
Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: Andrew Wolf

Dear Judge Kearney:

My name is Constance Kilfeather and I am writing this letter requesting leniency on behalf of Andrew Wolf.

I used to work at Springside Chestnut Hill Academy and I had the pleasure of working with Andrew Wolf for thirteen years before retiring. Prior to the merge of Chestnut Hill Academy and Springside School, we both worked for Chestnut Hill Academy - Andrew as a Middle School math teacher, advisor and scheduler, and I as the Registrar.

Since my responsibilities as registrar coincided with Andrew's as scheduler, we worked closely together throughout the school year, especially during the summer months, and even in the evenings. There were times I spent more time with Andrew then I did with my own family.

Through this close working relationship I got to know Andrew extremely well, to the point where I felt like he was one of my sons.

Andrew was not only a dedicated teacher, but was extremely bright, professional, and compassionate and I learned a lot from him. One of things that impressed me most about Andrew was his ability to interact with students and colleagues and how respectful he was to everyone. Andrew never engaged in gossip and was one of the most trustworthy people I had the pleasure of working with.

He had an incredible mind and was gifted with the ability to instill a desire to learn in his students. My grandson was one of those students and he had Andrew as a teacher and an advisor.

Andrew always conducted himself professionally and treated people with respect.

EXHIBIT G  colleague

One of the things I missed most about retirement was not being able to work with Andrew. We worked hard and long hours, but we always had fun and worked well together. Once I retired, I continued my relationship with him and am very thankful for the years I did get to work so closely with him.

In closing, I want to share one other thought with you. As I said to Andrew in my letter to him, "...that we all do things in our life that we wish we could change, but He [Jesus] is so faithful and loving to forgive us – all we have to do is ask Him", and my hope is that we can extend that forgiveness to others.

Thank you for your consideration.

Respectfully,

Constance Kilfeather

Constance Kilfeather

EXHIBIT G

June 27, 2022,

The Honorable Mark A. Kearney
U.S. District Court
Eastern District of Pa.
6613 U.S. Court House
601 Market St.
Phila., Pa., 19106

Your Honor,

It is my pleasure to write to support the understanding of the court about who this young man, Andrew Wolf, has been in my friendship and colleagueship with him over the past 18 years. I was part of the interviewing process when Andrew was hired to teach math in the Middle School at Chestnut Hill Academy in 2004. I had been teaching at the school by then for 15 years and was part of the 8th grade team of teachers with whom he would work. Andrew was an easy choice for us all as he was eager to learn from us, passionate about the importance of mathematics, and as was born out, a budding star on our faculty.

His classroom was right next door to mine. He frequently stopped in after a class to go over how things went in his classroom and usually had some question about one of the students and how to handle a situation he had faced. He accepted new ideas and tried techniques others suggested as a young teacher should, not hiding any issues that arose that troubled him. He wanted to become the best possible teacher he could be. The students gravitated to him as he was a good bit younger than other members of the faculty and at recess was willing and eager to play ultimate frisbee, or some other inclusive game. After these 8th graders moved to Upper School, theybwould come back to consult Andrew about issues they were facing. They trusted him.

He pitched in with good spirit to all the extra duties assigned faculty in independent schools, coaching two sports and managing a weekly activity. He also chaperoned many trips during the school year as we took the students to Washington to the Holocaust Museum, New York to the UN and other spots that fit their curriculum and the Poconos for team building. He chaperoned scores of dances. Truly painful experiences! On his own initiative, Andrew started a Math Team to compete against other schools in Pa. This is similar to the National Spelling Bee. Over a very short period of time he took the CHA team to the city championship and then the State. I have forgotten now how many championships he garnered for our middle school. He even incorporated promising mathematicians from the 5th grade on the 6-8th grade team. All this was voluntary and involved traveling to competitions on weekends with the team. Another job he took on was the complex scheduling for Middle and Upper School, trying to fit in all the teachers, rooms, courses for each grade level with faculty who taught across divisions and shared rooms as well. It is a really complex task that taxed most human

brains to exhaustion, but Andrew undertook it as a challenge and great mental exercise. In all, he has been a most valued and respected member of the faculty, receiving many awardsfor excellence in teaching, most promising young teacher, was Chair of the Math Department for several yers, and was made an honorary Alumnus of the school just recently.

I retired in 2006 as I turned 65, but Andrew and I have continued our friendship. We live in the same neighborhood, Roxborough, both enjoy the Phillies and good food, and generally just enjoy each other's company. He invited me to attend many Phillies games with him and his family members when they had an open ticket. Through that, I became friends with his parents, Ron and Debbie, and his sister, Bonnie. They included me in Andrew's significant birthday parties, and also in the shower for his baby girl, Charlie, born in April. Andrew had shared with me the desire he had for having a child and his decision to go ahead with the process with a surrogate mother.

I have been with Andrew and Charlie frequently since her birth, taking her for walks in the park, having lunch at Valley Green, sitting watching the Phillies games and just being with her. He had been the happiest I had ever seen him.

I sincerely hope that this letter will support my friend, Andrew, and bring some light on who he is. His parents and his sister are amazing in how they have taken Andrew's daughter, Charlie into their lives, but long term she needs to have her own father to nurture and support her through her life. Please consider his value as a father and potential contributor to society with his skills and many wonderful attributes. Looking forward, I see a happy and loving, and exceedingly grateful human being, nurturing his daughter and his beloved nieces, and assisting his family in their journey ahead.

Your sincerely,


Susan R. MacBride

July 6, 2022

The Honorable Mark A. Kearney
United States District Court,
Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: Andrew (Andy) Wolf Character Reference

Your Honor:

We are Arlene and Stephan Bieber and have known Andy Wolf for thirty nine years. His parents are dear friends and our families are very close. Over these many years we have celebrated holidays, major milestones and many life cycle events together.

As a child we observed early on that Andy is a kind and caring individual who is always respectful and considerate of people. As a young man we saw Andy excel in school academically which resulted in him becoming valedictorian of his high school graduating class. Andy also has a deep interest in music which led him to play the piano and clarinet. This talent laid the foundation to becoming a member of the marching band and serving as Upper Dublin High School Drum Major. To this day he still maintains relationships with many of his high school and college friends.

Andy has been a committed and well respected educator for twenty years. His love of math since childhood and becoming involved with "Math Counts" directed him towards that career path. He also tutored our daughter at a time she was having difficulty with college calculus. Andy was so notably patient and understanding. Through our recent correspondence with him, we also learned that Andy was helping fellow inmates at the detention center with their education.

In his letters to us, Andy inquires how we are doing as well as our children and grandchildren. He has written how appreciative and grateful he is for all the people like us, his parents and sister who have been there to support him at this time.

Our hope is that the court will show some leniency towards Andy in this matter.


Sincerely,

Arlene S. Bieber

Stephan R. Bieber









EXHIBIT I



EXHIBIT I



**Andrew Wolf** (Amherst '08) is very excited to have received a part in *Hello, Dolly*. Andrew has been in every spring musical since sixth grade, from *Oklahoma* to *Anything Goes*. This past summer he played Captain Jim, a lead role in the Summer Stage production of *Little Mary Sunshine*. When he is not playing piano or clarinet, or singing, Andrew likes most of all to watch the Phillies and the Flyers. He also enjoys playing tennis, ping-pong and baseball.

EXHIBIT I



**Above:** The male leads in *Grease*. Standing: Andrew Wolf, David Mainor, Adam Riegel, and James Orsher. Sitting: Todd Sandstrom. **Right:** All the members of the cast in character. **Below:** The female leads of the cast: Eve Bloomgarden, Jessica Herling, Lauren Klein, Rebecca Singer, Erin Frederick and Jen Marcovitz.

EXHIBIT I



EXHIBIT I



EXHIBIT I



EXHIBIT I



EXHIBIT I

# Scott Rosenthal Memorial Scholarship



This award, one time, is established in memory of Scott Rosenthal, a member of the class of 1998.  The two awards are being presented to students who exhibit some of the same qualities as Scott.  An honest, happy, outgoing, personable, polite student.  An individual with a positive attitude who views the glass as half full rather than half empty.  A leader, an organizer who also enjoys helping others.  A person  with strong moral principles.  The recipients of the Scott Rosenthal Memorial Scholarship are Caroline Banks and Andrew Wolf.

EXHIBIT I

```
                     *        INMATE EDUCATION DATA      *     01-27-2023
PAGE 001 OF 001 *                 TRANSCRIPT            *     13:42:34

REGISTER NO: 68650-509       NAME..: WOLF                   FUNC: PRT
FORMAT.....: TRANSCRIPT       RSP OF: PHL-PHILADELPHIA FDC

-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
PHL  GED UNK    GED STATUS UNKNOWN           10-07-2021 1730 CURRENT


--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL   DESCRIPTION                 START DATE  STOP DATE EVNT AC LV  HRS
PHL M      SIGNS OF A STROKE & PREVENTION 12-14-2022 12-21-2022  P  C  P    2
PHL M      HOW TO PLAY PINOCHLE         11-09-2022 11-16-2022   P  C  P    4
PHL M      BUSINESS START-UPS           10-13-2022 10-27-2022   P  C  P   15
PHL M      DIABETES AND YOU             09-18-2022 09-28-2022   P  C  P    4
PHL M      INTRO TO STRESS MANAGEMENT   04-13-2022 04-20-2022   P  C  P    1
PHL M      HOW TO PLAY CHECKERS         06-15-2022 06-22-2022   P  C  P    4
PHL M      THE HEART CLASS              06-22-2022 06-29-2022   P  C  P    2
PHL M      SOLAR SYSTEM                 06-09-2022 06-23-2022   P  C  P   15
PHL M      EARTH RESOURCES              05-12-2022 05-26-2022   P  C  P   15
PHL M      BASKETBALL OFFICIAL TNG      04-16-2022 04-23-2022   P  C  P    2
PHL M      UNDERSTANDING MEDIA & CULTURE 04-21-2022 05-05-2022  P  C  P   15
PHL M      ENJOYING THE 2ND HALF OF LIFE 03-02-2022 03-27-2022  P  C  P    8
PHL M      VOLLEYBALL OFFICIAL TRAINING 03-11-2022 03-19-2022   P  C  P    2
PHL M      GENDER EQUALITY              03-10-2022 03-24-2022   P  C  P   15
PHL M      INTRO TO DRAWING             02-11-2022 02-25-2022   P  C  P    9
PHL M      INTRO TO CHESS               01-19-2022 01-26-2022   P  C  P    8
PHL M      BOWLING BASICS CLASS         12-15-2021 12-22-2021   P  C  P    1


G0000      TRANSACTION SUCCESSFULLY COMPLETED
```



# Elliot L. Atkins, Ed.D., P.A.

## Clinical and Forensic Psychology

651 Route 73 North
Suite 105
Marlton, New Jersey 08053

Ph: (856) 983-6151
Fax: (856) 983-3426
elliotatkins@msn.com

EXHIBIT L

NJ License Number SI 01785                                                  PA License Number PS 002537-L

Arthur Donato, Esquire
Re: Andrew Wolf
July 6, 2022
Page 2 of 6

EXHIBIT L

Arthur Donato, Esquire
Re: Andrew Wolf
July 6, 2022
Page 3 of 6

EXHIBIT L

Arthur Donato, Esquire
Re: Andrew Wolf
July 6, 2022
Page 4 of 6

EXHIBIT L

Arthur Donato, Esquire
Re: Andrew Wolf
July 6, 2022
Page 5 of 6

EXHIBIT L

Arthur Donato, Esquire
Re: Andrew Wolf
July 6, 2022
Page 6 of 6

EXHIBIT L

# Elliot L. Atkins, Ed.D., P.A.
## Clinical and Forensic Psychology

651 Route 73 North
Suite 105
Marlton, New Jersey 08053

Ph: (856) 983-6151
Fax: (856) 983-3426
elliotatkins@msn.com

Arthur Donato, Esquire
Heather Mattes, Esquire
Re: Andrew Wolf
December 16, 2022
Page 2 of 3

Arthur Donato, Esquire
Heather Mattes, Esquire
Re: Andrew Wolf
December 16, 2022
Page 3 of 3











