IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREW WOLF and<br>KRAY STRANGE | Crim. No. 22-35 |

**NOTICE OF UNREDACTED EXHIBIT IN SUPPORT OF
MOTION FOR RESTITUTION**

On June 20, 2023, the United States filed a motion for restitution in this matter (ECF No. 99) on the public docket. In support of this motion, the government submitted Exhibit A and requested the Court order the sealing of the exhibit due to the vast amount of personally identifying information for child victims contained therein, as well as information about their past, present, and future medical and mental health treatment. On June 21, 2023, the Court issued an order, granting the motion to seal Exhibit A in part and denying the motion to seal in part (ECF No. 102). In compliance with the Court's order, the United States hereby submits portions of Sealed Exhibit A for unsealed filing with the appropriate redactions applied to these pages of Sealed Exhibit A.

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney

*s/ Kelly Harrell*
KELLY HARRELL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

s/ *Kelly Harrell*
KELLY HARRELL
Assistant United States Attorney