United States v. Andrew Wolf and Kray Strange
Criminal Case No. 22-35

Summary Chart of Restitution Claims

| Victim | Total Restitution Claim | Medical Services To Date | Future Medical Services | Transportation To Date | Future Transportation | Academic Support To Date | Future Academic Support | Future Residential Therapeutic Support | Victim Contact |
|---|---|---|---|---|---|---|---|---|---|
| Minor 1 | **$285,200** | $5,000 | $180,200 | | | | | $100,000 | |
| Minor 4 | **$580,000** | $5,500 - $7,000 | $573,000 | | | | | | |
| Minor 5 | **$20,265** | $9,500 | $5,425 | $4,687 | $653 | | | | |
| Minor 7 | **$95,480** (Requested amount $20,000 - $200,000) | $80 | $95,400 | | | | | | |
| Minor 9 | **$100,765** | $385[1] | $29,550 | | | $4,180 | $7,200 | $59,450 | |
| Minor 10 | **$33,320** | $1,465 | $31,855 | | | | | | |

---

[1] This amount ($385) and $1,650 in future medical services relate to losses incurred and projected to be incurred for therapeutic support for Minor 9's mother.  The remaining amount in the "future medical services" ($27,900) is projected loss expected to be incurred by Minor 9 himself.

# Minor 1

# Minor 4

# Minor 5

**From**
Framework Therapy
150 East Swedesford Road 2A
Wayne, PA 19087-1400

## Statement for Insurance Reimbursement





Issued: 03/27/2023

Provider
Joseph Kwak

| DX | Diagnosis Code |
|----|----------------|
| 1  | F43.20 - Adjustment disorder, unspecified |

| Date | POS | Service | DX | Description | Units | Fee | Paid |
|------|-----|---------|----|-------------|-------|-----|------|
| 01/25/2023 | 11 | 90837 | 1 | Psychotherapy, 60 min | 1 | $175 | $175 |
| 02/09/2023 | 11 | 90837 | 1 | Psychotherapy, 60 min | 1 | $175 | $175 |
| 02/16/2023 | 11 | 90837 | 1 | Psychotherapy, 60 min | 1 | $175 | $175 |
| 02/23/2023 | 11 | 90837 | 1 | Psychotherapy, 60 min | 1 | $175 | $175 |
| 03/02/2023 | 11 | 90837 | 1 | Psychotherapy, 60 min | 1 | $175 | $175 |
| 03/09/2023 | 11 | 90837 | 1 | Psychotherapy, 60 min | 1 | $175 | $175 |
| 03/16/2023 | 11 | 90837 | 1 | Psychotherapy, 60 min | 1 | $175 | $175 |
| 03/23/2023 | 11 | 90837 | 1 | Psychotherapy, 60 min | 1 | $175 | $175 |

|  | Total Fees | $1,400.00 |
|--|------------|-----------|
|  | Total Paid | $1,400.00 |

017

From   Dawn M. Amey, MSW, LCSW, BCBA,
LLC
26 Summit Grove Ave Suite 207
Bryn Mawr, PA 190103230

# Statement for Insurance Reimbursement





Issue Date | 08/02/2022

Provider | Dawn Amey

| DX | Diagnosis Code |
|---|---|
| 1 | F33.1 - Major depressive disorder, recurrent, moderate |
| 2 | F41.1 - Generalized anxiety disorder |
| 3 | F90.2 - Attention-deficit hyperactivity disorder, combined type |

| Date | Service | DX | Description (Insurance Place of Service) | Fee | Paid |
|---|---|---|---|---|---|
| 07/12/2022 | 90834 | 1, 2, 3 | Individual Treatment  (11) | $135 | $135 |
| 07/19/2022 | 90834 | 1, 2, 3 | Individual Treatment  (11) | $135 | $135 |

| | |
|---|---|
| Total Charges | $270 |
| Total Paid | $270 |

From    Dawn M. Amey, MSW, LCSW, BCBA,
        LLC
        26 Summit Grove Ave Suite 207
        Bryn Mawr, PA 19010

# Statement for Insurance Reimbursement



| Statement | 1621 |
|---|---|
| Issue Date | 07/02/2022 |

| Provider | Dawn Amey |
|---|---|



| DX | Diagnosis Code |
|---|---|
| 1 | F33.1 - Major depressive disorder, recurrent, moderate |
| 2 | F41.1 - Generalized anxiety disorder |
| 3 | F90.2 - Attention-deficit hyperactivity disorder, combined type |

| Date | Service | DX | Description (Insurance Place of Service) | Fee | Paid |
|---|---|---|---|---|---|
| 06/06/2022 | 090853 | 1, 2, 3 | Telehealth DBT Group Therapy Session (11) | $50 | $50 |
| 06/07/2022 | 90834 | 1, 2, 3 | Individual Treatment  (11) | $135 | $135 |
| 06/13/2022 | 090853 | 1, 2, 3 | Telehealth DBT Group Therapy Session (11) | $50 | $50 |
| 06/14/2022 | 90834 | 1, 2, 3 | Individual Treatment  (11) | $135 | $135 |
| 06/20/2022 | 090853 | 1, 2, 3 | Telehealth DBT Group Therapy Session (11) | $50 | $50 |

| Total Charges | $420 |
| Total Paid | $420 |

From    Dawn M. Amey, MSW, LCSW, BCBA,
        LLC
        26 Summit Grove Ave Suite 207
        Bryn Mawr, PA 19010

# Statement for Insurance Reimbursement



|  | |
|---|---|
| Statement | 1578 |
| Issue Date | 06/02/2022 |

| | |
|---|---|
| Provider | Dawn Amey |

| DX | Diagnosis Code |
|---|---|
| 1 | F33.1 - Major depressive disorder, recurrent, moderate |
| 2 | F41.1 - Generalized anxiety disorder |
| 3 | F90.2 - Attention-deficit hyperactivity disorder, combined type |

| Date | Service | DX | Description (Insurance Place of Service) | Fee | Paid |
|---|---|---|---|---|---|
| 05/02/2022 | 090853 | 1, 2, 3 | Telehealth DBT Group Therapy Session (11) | **$50** | **$50** |
| 05/06/2022 | 090834 | 1, 2, 3 | Telehealth Individual Therapy (11) | **$135** | **$135** |
| 05/10/2022 | 90834 | 1, 2, 3 | Individual Treatment  (11) | **$135** | **$135** |
| 05/19/2022 | 90834 | 1, 2, 3 | Individual Treatment  (11) | **$135** | **$135** |
| 05/23/2022 | 090853 | 1, 2, 3 | Telehealth DBT Group Therapy Session (11) | **$50** | **$50** |
| 05/31/2022 | 90834 | 1, 2, 3 | Individual Treatment  (11) | **$135** | **$135** |

021

| | |
|---|---|
| Total Charges | $640 |
| Total Paid | $640 |

From    Dawn M. Amey, MSW, LCSW, BCBA, LLC
26 Summit Grove Ave Suite 207
Bryn Mawr, PA 19010

# Statement for Insurance Reimbursement



| | |
|---|---|
| Statement | 1534 |
| Issue Date | 05/02/2022 |

| | |
|---|---|
| Provider | Dawn Amey |



| DX | Diagnosis Code |
|----|----------------|
| 1 | F33.1 - Major depressive disorder, recurrent, moderate |
| 2 | F41.1 - Generalized anxiety disorder |
| 3 | F90.2 - Attention-deficit hyperactivity disorder, combined type |

| Date | Service | DX | Description (Insurance Place of Service) | Fee | Paid |
|------|---------|-----|-------------------------------------------|-----|------|
| 04/04/2022 | 090853 | 1, 2, 3 | Telehealth DBT Group Therapy Session (11) | $50 | $50 |
| 04/07/2022 | 090834 | 1, 2, 3 | Telehealth Individual Therapy (11) | $135 | $135 |
| 04/18/2022 | 090853 | 1, 2, 3 | Telehealth DBT Group Therapy Session (11) | $50 | $50 |
| 04/21/2022 | 90834 | 1, 2, 3 | Individual Treatment (11) | $135 | $135 |
| 04/25/2022 | 090853 | 1, 2, 3 | Telehealth DBT Group Therapy Session (11) | $50 | $50 |
| 04/28/2022 | 90834 | 1, 2, 3 | Individual Treatment (11) | $135 | $135 |

023

| Total Charges | $555 |
| Total Paid | $555 |

From    Dawn M. Amey, MSW, LCSW, BCBA,
LLC
26 Summit Grove Ave Suite 207
Bryn Mawr, PA 19010

# Statement for Insurance Reimbursement



| | |
|---|---|
| Statement | 1495 |
| Issue Date | 04/02/2022 |

| | |
|---|---|
| Provider | Dawn Amey |

| DX | Diagnosis Code |
|----|----------------|
| 1 | F33.1 - Major depressive disorder, recurrent, moderate |
| 2 | F41.1 - Generalized anxiety disorder |
| 3 | F90.2 - Attention-deficit hyperactivity disorder, combined type |

| Date | Service | DX | Description (Insurance Place of Service) | Fee | Paid |
|------|---------|-----|------------------------------------------|-----|------|
| 03/03/2022 | 90834 | 1, 2, 3 | Individual Treatment  (11) | $135 | $135 |
| 03/07/2022 | 090853 | 1, 2, 3 | Telehealth DBT Group Therapy Session (11) | $50 | $50 |
| 03/10/2022 | 90834 | 1, 2, 3 | Individual Treatment  (11) | $135 | $135 |
| 03/14/2022 | 090853 | 1, 2, 3 | Telehealth DBT Group Therapy Session (11) | $50 | $50 |
| 03/17/2022 | 90834 | 1, 2, 3 | Individual Treatment  (11) | $135 | $135 |
| 03/21/2022 | 090853 | 1, 2, 3 | Telehealth DBT Group Therapy Session (11) | $50 | $50 |

025

| Date | Service | DX | Description (Insurance Place of Service) | Fee | Paid |
|------|---------|-----|------------------------------------------|-----|------|
| 03/28/2022 | 090853 | 1, 2, 3 | Telehealth DBT Group Therapy Session (11) | **$50** | **$50** |
| 03/29/2022 | 90834 | 1, 2, 3 | Individual Treatment  (11) | **$135** | **$135** |

|  |  |
|--|--|
| Total Charges | $740 |
| Total Paid | $740 |

Minor 7

 **Main Line Therapy Solutions, LLC**

*Providing Individual, Couples & Family Therapy*

600 Haverford Road, Suite G104       630A Germantown Pike, First Floor       Philadelphia Locations
Haverford, PA 19041                        Lafayette Hill, PA 19444
(P) 610-649-6344 (F) 610-649-6930    (P) 610-825-2100 (F) 610-825-2101    (P) 610-649-6344 (F) 610-649-6930

**www.MainLineTherapySolutions.com**

To whom it may concern,

                   s currently receiving 1x weekly mental health therapy sessions from Main Line Therapy Solutions, LLC.  The rate for his initial Intake Session is $210.00 and all subsequent Psychotherapy Sessions are at a rate of $185.00 per session.  Any questions, please don't hesitate to reach out.

Julia Turner MA ,LPC, NCC (she/her)
Outpatient Therapy Department
Main Line Therapy Solutions, LLC

030

Minor 9

VICTIM RESTITUTION
US v Wolf, Criminal No. 22-35



We are submitting 5 claims for a total of $100,765.

### 1) Math Support for ▮▮▮

Provider - Tom Spencer
Cost - $85/hr in 21/22 school year, $100/hour currently
See attached Invoices.
Claim includes actual and projected costs for weekly support over 4 years of high school.

| | |
|---|---|
| 21/22 school year actual cost: | $2380 |
| 22/23 school year actual cost - Feb | $1800 |
| 22/23 school year projected - June | $1200 |
| 23/24 school year projected: | $3000 |
| 24/25 school year projected: | $3000 |

**CLAIM 1:**          **$11,380**

### 2) Therapeutic Support for ▮▮▮

Provider - Childhood Solutions PC
Cost - $225/hr
See attached fee letter.
Claim is based on projected future need.

Estimate for 2 years of weekly therapy.
104 hours x $225/hr.

**CLAIM 2:**          **$23,400**

### 3) Therapeutic support for Mom

Provider - Barbara Foxman, MSW
Cost - $55/session
See attached EOBs. 10 sessions/year are covered through Employee Assistance Program.

EAP administered via ComPsych Behavioral Health 888-515-4327.
Claim includes actual and projected costs for sessions as needed through 2025.

| | |
|---|---|
| 2022 actual cost - 7 sessions | $385 |
| 2023 projected cost - 10 sessions | $550 |
| 2024 projected cost - 10 sessions | $550 |
| 2025 projected cost - 10 sessions | $550 |

**CLAIM 3:**                           **$2035**

**4) Neuropsychological Evaluation for** ▉

Provider - Idit Trope, Ph.D., Pediatric and Adult Neuropsychology
Cost - Approximately $4500
See attached invoice for reference. (Services invoiced in that case to another family member for other reasons.) Claim is based on projected future need.

Estimate for one neuropsychological evaluation.

**CLAIM 4:**                           **$4500**

**5) Residential Therapeutic Support for** ▉

Provider - Second Nature Wilderness Therapy (Duchesne, UT) 877-701-7600
Cost - $4900 assessment, $665/day,  plus travel.
For more info see www.second-nature.com.
Claim is based on projected future need.

| | |
|---|---|
| Estimate for one 10 week session. | |
| Second Nature Initial Assessment: | $4900 |
| $665/ day x 70 days: | $46,550 |
| Travel Companion Service: | $6500 |
| Other travel expenses (flight, etc.) | $1500 |

**CLAIM 5:**                           **$59,450**

**Thomas S. Spencer, Inc.**   *Statement/Invoice*

MATH TUTORING
"Inspiring Excitement and Success"

Date:     March 4, 2023
Bill To:

| Date | Type | Hours | Rate | Fee | Payment | Balance |
|------|------|-------|------|-----|---------|---------|
| February 4, 2023 | Balance due at last statement | | | | | $    400.00 |
| February 6, 2023 | Session with | 1 | $    100.00 | $   100.00 | | $    100.00 |
| February 27, 2023 | Session with | 1 | $    100.00 | $   100.00 | | $    100.00 |
| | | | | | Total | $    600.00 |

*\* Please note: sessions cancelled with less than 24 hours notice will be payable in full, except in an emergency or illness. In such cases, please provide as much notice as possible. Thanks!*

| SUMMARY | |
|---------|--|
| Customer Name: | |
| Date: | March 4, 2023 |
| You have a balance due of: | $              600.00 |

Balance Due. Please mail your payment to the above address. Thank you!

Please make check payable to 'Thomas S. Spencer, Inc.'

034

**Thomas S. Spencer, Inc.**    *Statement/Invoice*

MATH TUTORING
"Inspiring Excitement and Success"

Date: March 4, 2023
Bill To:

| Date | Type | Hours | Rate | Fee | Payment | Balance |
|------|------|-------|------|-----|---------|---------|
| February 4, 2023 | Balance due at last statement | | | | | $ 400.00 |
| February 6, 2023 | Session with | 1 | $ 100.00 | $ 100.00 | | $ 100.00 |
| February 27, 2023 | Session with | 1 | $ 100.00 | $ 100.00 | | $ 100.00 |
| | | | | | Total | $ 600.00 |

*Please note: sessions cancelled with less than 24 hours notice will be payable in full, except in an emergency or illness. In such cases, please provide as much notice as possible. Thanks!*

| SUMMARY | | |
|---------|--|--|
| Customer Name: | | |
| Date: | March 4, 2023 | Balance Due. Please mail your payment to the above address. Thank you! |
| You have a balance due of: | $         600.00 | Please make check payable to 'Thomas S. Spencer, Inc.' |

035

**Thomas S. Spencer, Inc.**        *Statement/Invoice*

*MATH TUTORING*

Date: February 4, 2023
Bill To:

| Date | Type | Hours | Rate | Fee | Payment | Balance |
|---|---|---|---|---|---|---|
| December 31, 2022 | Balance due at last statement | | | | | $     200.00 |
| January 9, 2023 | Payment, check #2645 dated 1/9/23 for $200 | | | | $   200.00 | $   (200.00) |
| January 9, 2023 | Session with | 1 | $   100.00 | $  100.00 | | $     100.00 |
| January 16, 2023 | Session with | 1 | $   100.00 | $  100.00 | | $     100.00 |
| January 23, 2023 | Session with | 1 | $   100.00 | $  100.00 | | $     100.00 |
| January 30, 2023 | Session with | 1 | $   100.00 | $  100.00 | | $     100.00 |
| | | | | | Total | $     400.00 |

*\* Please note: sessions cancelled with less than 24 hours notice will be payable in full, except in an emergency or illness. In such cases, please provide as much notice as possible. Thanks!*

| SUMMARY | |
|---|---|
| Customer Name: | |
| Date: | February 4, 2023 |
| You have a balance due of: | $              400.00 |

Balance Due. Please mail your payment to the above address. Thank you!

Please make check payable to 'Thomas S. Spencer, Inc.'

**Thomas S. Spencer, Inc.**    *Statement/Invoice*

*MATH TUTORING*
"Inspiring Excitement and Success"

| **Date:** | December 31, 2022 |
|---|---|
| **Bill To:** | ███████████ |

███████████

| Date | Type | Hours | Rate | Fee | Payment | Balance |
|---|---|---|---|---|---|---|
| December 3, 2022 | Balance due at last statement | | | | | $ 300.00 |
| December 5, 2022 | Session with ███ | 1 | $ 100.00 | $ 100.00 | | $ 100.00 |
| December 12, 2022 | Payment, check #2640 dated 12/12/22 for $300 | | | | $ 300.00 | $ (300.00) |
| December 12, 2022 | Session with ███ *late cancellation | 1 | $ 100.00 | $ 100.00 | | $ 100.00 |
| | | | | | Total | $ 200.00 |

*\* Please note: sessions cancelled with less than 24 hours notice will be payable in full, except in an emergency or illness. In such cases, please provide as much notice as possible. Thanks!*

| SUMMARY | |
|---|---|
| Customer Name: | ███████████ |
| Date: | December 31, 2022 |
| You have a balance due of: | $ 200.00 |

Balance Due. Please mail your payment to the above address. Thank you!

Please make check payable to 'Thomas S. Spencer, Inc.'

**Thomas S. Spencer, Inc.**        *Statement/Invoice*

*MATH TUTORING*
"Inspiring Excitement and Success"

| Date: | December 3, 2022 |
| Bill To: | |

| Date | Type | Hours | Rate | Fee | Payment | Balance |
|---|---|---|---|---|---|---|
| November 4, 2022 | Balance due at last statement | | | | | $ 400.00 |
| November 7, 2022 | Session with | 1 | $ 100.00 | $ 100.00 | | $ 100.00 |
| November 8, 2022 | Payment, check #2630 dated 11/8/22 for $400 | | | | $ 400.00 | $ (400.00) |
| November 14, 2022 | Session with | 1 | $ 100.00 | $ 100.00 | | $ 100.00 |
| November 28, 2022 | Session with | 1 | $ 100.00 | $ 100.00 | | $ 100.00 |
| | | | | | Total | $ 300.00 |

*\* Please note: sessions cancelled with less than 24 hours notice will be payable in full, except in an emergency or illness. In such cases, please provide as much notice as possible. Thanks!*

| SUMMARY | |
|---|---|
| Customer Name: | |
| Date: | December 3, 2022 |
| You have a balance due of: | $ 300.00 |

Balance Due. Please mail your payment to the above address. Thank you!

Please make check payable to 'Thomas S. Spencer, Inc.'

Thomas S. Spencer, Inc.     ***Statement/Invoice***

*MATH TUTORING*

**Date:** November 4, 2022
**Bill To:**

| Date | Type | Hours | Rate | Fee | Payment | Balance |
|---|---|---|---|---|---|---|
| September 30, 2022 | Balance due at last statement | | | | | $ 300.00 |
| October 3, 2022 | Session with | 1 | $ 100.00 | $ 100.00 | | $ 100.00 |
| October 10, 2022 | Payment, Check #2632 dated 10/10/22 for $300 | | | | $ 300.00 | $ (300.00) |
| October 10, 2022 | Session with | 1 | $ 100.00 | $ 100.00 | | $ 100.00 |
| October 17, 2022 | Session with | 1 | $ 100.00 | $ 100.00 | | $ 100.00 |
| October 24, 2022 | Session with | 1 | $ 100.00 | $ 100.00 | | $ 100.00 |
| | | | | | **Total** | $ 400.00 |

*\* Please note: sessions cancelled with less than 24 hours notice will be payable in full, except in an emergency or illness. In such cases, please provide as much notice as possible. Thanks!*

| SUMMARY | | |
|---|---|---|
| **Customer Name:** | | |
| **Date:** | November 4, 2022 | **Balance Due. Please mail your payment to the above address. Thank you!** |
| **You have a balance due of:** | $ 400.00 | Please make check payable to **'Thomas S. Spencer, Inc.'** |

**Thomas S. Spencer, Inc.**   *Statement/Invoice*

*MATH TUTORING*

Date:   September 30, 2022
Bill To:

| Date | Type | Hours | Rate | | Fee | | Payment | Balance | |
|------|------|-------|------|--|-----|--|---------|---------|--|
| July 30, 2022 | Paid in full at last statement. Thank you! | | | | | | | | |
| September 12, 2022 | Session wit | 1 | $ | 100.00 | $ | 100.00 | | $ | 100.00 |
| September 19, 2022 | Session wit | 1 | $ | 100.00 | $ | 100.00 | | $ | 100.00 |
| September 26, 2022 | Session wit | 1 | $ | 100.00 | $ | 100.00 | | $ | 100.00 |
| | | | | | | | Total | $ | 300.00 |

*\* Please note: sessions cancelled with less than 24 hours notice will be payable in full, except in an emergency or illness. In such cases, please provide as much notice as possible. Thanks!*

| SUMMARY | |
|---------|---|
| **Customer Name:** | |
| **Date:** | September 30, 2022 |
| **You have a balance due of:** | $            300.00 |

**Please send your check to me at the above address. Thank you!**

**Thomas S. Spencer, Inc.**   *Statement/Invoice*

*MATH TUTORING*

**Date:** June 10, 2022
**Bill To:**

| Date | Type | Hours | Rate | Fee | Payment | Balance |
|------|------|-------|------|-----|---------|---------|
| April 29, 2022 | Balance due at last statement | | | | | $ 340.00 |
| May 5, 2022 | Payment, check #2606 dated 5/5/22 for $340 | | | | $ 340.00 | $ (340.00) |
| May 5, 2022 | Session with | 1 | $ 85.00 | $ 85.00 | | $ 85.00 |
| May 12, 2022 | Session with | 1 | $ 85.00 | $ 85.00 | | $ 85.00 |
| | | | | | **Total** | $ 170.00 |

*\* Please note: sessions cancelled with less than 24 hours notice will be payable in full, except in an emergency or illness. In such cases, please provide as much notice as possible. Thanks!*

| SUMMARY | |
|---------|---|
| **Customer Name:** | |
| **Date:** | June 10, 2022 |
| **You have a balance due of:** | $ 170.00 |

Please send your check to me at the above address. Thank you!

041

**Thomas S. Spencer, Inc.**        *Statement/Invoice*

*MATH TUTORING*
"Inspiring Excitement and Success"

Date: April 29, 2022
Bill To:

| Date | Type | Hours | Rate | Fee | Payment | Balance |
|---|---|---|---|---|---|---|
| March 31, 2022 | Balance due at last statement | | | | | $ 595.00 |
| April 2, 2022 | Payment, check #2604 dated 4/2/22 for $595 | | | | $ 595.00 | $ (595.00) |
| April 7, 2022 | Session with | 1 | $ 85.00 | $ 85.00 | | $ 85.00 |
| April 14, 2022 | Session with | 1 | $ 85.00 | $ 85.00 | | $ 85.00 |
| April 21, 2022 | Session with | 1 | $ 85.00 | $ 85.00 | | $ 85.00 |
| April 28, 2022 | Session with | 1 | $ 85.00 | $ 85.00 | | $ 85.00 |
| | | | | | Total | $ 340.00 |

*\* Please note: sessions cancelled with less than 24 hours notice will be payable in full, except in an emergency or illness. In such cases, please provide as much notice as possible. Thanks!*

| SUMMARY | |
|---|---|
| Customer Name: | |
| Date: | April 29, 2022 |
| You have a balance due of: | $ 340.00 |

Please send your check to me at the above address. Thank you!

Thomas S. Spencer, Inc.    ***Statement/Invoice***

*MATH TUTORING*
"Inspiring Excitement and Success"

Date:   March 31, 2022
Bill To:

| Date | Type | Hours | Rate | | Fee | | Payment | Balance | |
|------|------|-------|------|--|-----|--|---------|---------|--|
| February 26, 2022 | Balance due at last statement | | | | | | | $ | 340.00 |
| March 1, 2022 | Session with | 1 | $ | 85.00 | $ | 85.00 | | $ | 85.00 |
| March 8, 2022 | Session with | 1 | $ | 85.00 | $ | 85.00 | | $ | 85.00 |
| March 15, 2022 | Session with | 1 | $ | 85.00 | $ | 85.00 | | $ | 85.00 |
| | | | | | | | Total | $ | 595.00 |

*\* Please note: sessions cancelled with less than 24 hours notice will be payable in full, except in an emergency or illness. In such cases, please provide as much notice as possible. Thanks!*

| SUMMARY | |
|---------|--|
| Customer Name: | |
| Date: | March 31, 2022 |
| You have a balance due of: | $                595.00 |

Please send your check to me at the above address. Thank you!

**Thomas S. Spencer, Inc.**      ***Statement/Invoice***

*MATH TUTORING*
"Inspiring Excitement and Success"

Date: February 26, 2022
Bill To:

| Date | Type | Hours | Rate | Fee | Payment | Balance |
|------|------|-------|------|-----|---------|---------|
| January 28, 2022 | Balance due at last statement | | | | | $ 255.00 |
| February 2, 2022 | Payment, check #2595 dated 2/2/22 for $255 | | | | $ 255.00 | $ (255.00) |
| February 1, 2022 | Session with | 1 | $ 85.00 | $ 85.00 | | $ 85.00 |
| February 8, 2022 | Session with | 1 | $ 85.00 | $ 85.00 | | $ 85.00 |
| February 15, 2022 | Session with | 1 | $ 85.00 | $ 85.00 | | $ 85.00 |
| February 22, 2022 | Session with | 1 | $ 85.00 | $ 85.00 | | $ 85.00 |
| | | | | | Total | $ 340.00 |

*\* Please note: sessions cancelled with less than 24 hours notice will be payable in full, except in an emergency or illness. In such cases, please provide as much notice as possible. Thanks!*

**SUMMARY**

**Customer Name:**

**Date:**                              February 26, 2022

**You have a balance due of:**      $            340.00

Please send your check to me at the above address. Thank you!

044

**Thomas S. Spencer, Inc.**   *Statement/Invoice*

*MATH TUTORING*
"Inspiring Excitement and Success"

Date: January 28, 2022
Bill To: ███████████

| Date | Type | Hours | Rate | Fee | Payment | Balance |
|---|---|---|---|---|---|---|
| December 26, 2021 | Balance due at last statement | | | | | $ 170.00 |
| January 5, 2022 | Payment, check #2593 dated 1/5/22 for $170 | | | | $ 170.00 | $ (170.00) |
| January 11, 2022 | Session with █ | 1 | $ 85.00 | $ 85.00 | | $ 85.00 |
| January 18, 2022 | Session with █ | 1 | $ 85.00 | $ 85.00 | | $ 85.00 |
| January 25, 2022 | Session with █ | 1 | $ 85.00 | $ 85.00 | | $ 85.00 |
| | | | | | Total | $ 255.00 |

*\* Please note: sessions cancelled with less than 24 hours notice will be payable in full, except in an emergency or illness. In such cases, please provide as much notice as possible. Thanks!*

**SUMMARY**

| | |
|---|---|
| Customer Name: | ████████████ |
| Date: | January 28, 2022 |
| You have a balance due of: | $ 255.00 |

Please send your check to me at the above address. Thank you!

045

**Thomas S. Spencer, Inc.**      ***Statement/Invoice***

MATH TUTORING
"Inspiring Excitement and Success"

Date:      December 26, 2021
Bill To:

| Date | Type | Hours | Rate | Fee | Payment | Balance |
|------|------|-------|------|-----|---------|---------|
| November 22, 2021 | Balance due at last statement | | | | | $ 340.00 |
| November 25, 2021 | Paymnent, check #2566 dated 11/25/21 for $340 | | | | $ 340.00 | $ (340.00) |
| November 30, 2021 | Session with | 1 | $ 85.00 | $ 85.00 | | $ 85.00 |
| December 7, 2021 | Session with | 1 | $ 85.00 | $ 85.00 | | $ 85.00 |
| | | | | | Total | $ 170.00 |

*\* Please note: sessions cancelled with less than 24 hours notice will be payable in full, except in an emergency or illness. In such cases, please provide as much notice as possible. Thanks!*

**SUMMARY**

**Customer Name:**

**Date:**                                December 26, 2021

**You have a balance due of:**          $          170.00

Please send your check to me at the above address. Thank you!

Thomas S. Spencer, Inc.        **Statement/Invoice**

*MATH TUTORING*
"Inspiring Excitement and Success"

Date: November 22, 2021
Bill To:

| Date | Type | Hours | Rate | Fee | Payment | Balance |
|------|------|-------|------|-----|---------|---------|
| October 23, 2021 | Balance due at last statement | | | | | $ 340.00 |
| October 26, 2021 | Payment, check #2589 dated 10/26/21 for $340 | | | | $ 340.00 | $ (340.00) |
| October 26, 2021 | Session w | 1 | $ 85.00 | $ 85.00 | | $ 85.00 |
| November 2, 2021 | Session w | 1 | $ 85.00 | $ 85.00 | | $ 85.00 |
| November 8, 2021 | Session w | 1 | $ 85.00 | $ 85.00 | | $ 85.00 |
| November 16, 2021 | Session w | 1 | $ 85.00 | $ 85.00 | | $ 85.00 |
| | | | | | Total | $ 340.00 |

*\* Please note: sessions cancelled with less than 24 hours notice will be payable in full, except in an emergency or illness. In such cases, please provide as much notice as possible. Thanks!*

| SUMMARY | |
|---------|---|
| Customer Name: | |
| Date: | November 22, 2021 |
| You have a balance due of: | $ 340.00 |

Please send your check to me at the above address. Thank you!

047

**Thomas S. Spencer, Inc.**     ***Statement/Invoice***

*MATH TUTORING*
"Inspiring Excitement and Success"

**Date:** October 23, 2021
**Bill To:**

| Date | Type | Hours | Rate | Fee | Payment | Balance |
|------|------|-------|------|-----|---------|---------|
| September 25, 2021 | Balance due at last statement | | | | | $ 170.00 |
| September 25, 2021 | Payment, check #2584 dated 9/25/21 for $170 | | | | $ 170.00 | $ (170.00) |
| September 26, 2021 | Session with | 1 | $ 85.00 | $ 85.00 | | $ 85.00 |
| September 28, 2021 | Session with cancelled. Thanks for giving at least 24 hours' notice! No charge* | | $ 85.00 | $ - | n/c | |
| October 5, 2021 | Session with | 1 | $ 85.00 | $ 85.00 | | $ 85.00 |
| October 12, 2021 | Session with | 1 | $ 85.00 | $ 85.00 | | $ 85.00 |
| October 19, 2021 | Session with | 1 | $ 85.00 | $ 85.00 | | $ 85.00 |
| | | | | | **Total** | $ 340.00 |

*\* Please note: sessions cancelled with less than 24 hours notice will be payable in full, except in an emergency or illness. In such cases, please provide as much notice as possible. Thanks!*

| SUMMARY | |
|---------|--|
| **Customer Name:** | |
| **Date:** | October 23, 2021 |
| **You have a balance due of:** | $ 340.00 |

Please send your check to me at the above address. Thank you!

**Thomas S. Spencer, Inc.**   ***Statement/Invoice***

*MATH TUTORING*
"Inspiring Excitement and Success"

**Date:** September 25, 2021
**Bill To:**

| Date | Type | Hours | Rate | Fee | Payment | Balance |
|---|---|---|---|---|---|---|
| June 18, 2021 | Balance due at last statement | | | | | $        85.00 |
| September 21, 2021 | Session wit | 1 | $        85.00 | $    85.00 | | $        85.00 |
| | | | | | Total | $      170.00 |

*\* Please note: sessions cancelled with less than 24 hours notice will be payable in full, except in an emergency or illness. In such cases, please provide as much notice as possible. Thanks!*

| SUMMARY | |
|---|---|
| **Customer Name:** | |
| **Date:** | September 25, 2021 |
| **You have a balance due of:** | $              170.00 |

Please send your check to me at the above address. Thank you!

049



**Childhood**
**Solutions, PC**

Building a strong
future for children,
adolescents &
their families

adolescence
& beyond

April 17, 2023

To Whom it May Concern,

███████████ has been seen at Childhood Solutions and if he would like to
return to our practice to see one of our psychologists our rates are as follows:

60 minute - $225

45 minute - $190

Please note there will be a rate increase in July 2023.

Thank you

Michele Taplinger

Clinical Manager

Claim:  Patient:
Provider: Barbara Foxman  Insured:

| Line | Service Date | Cert # | T Code | Reason(s) | Billed | Covered | Ded/Coins/Copay | Plan Resp |
|------|-------------|--------|--------|-----------|--------|---------|-----------------|-----------|
| 1 | 02/01/2023 | 7014070 | 00007 | | 0.00 | 55.00 | 0.00 | 55.00 |
| | Totals: | | | | 0.00 | 55.00 | 0.00 | 55.00 |

10 more visits 2023   $550
20      "      2024   $ 1100
20      "      2025   $1100
                       55
                      110
                      275
                    ─────
                    $ 3190



051

Claim: ███████  Patient: ███

Provider: Barbara Foxman        Insure ███████████

| Line | Service Date | Cert # | T Code | Reason(s) | Billed | Covered | Ded/Coins/Copay | Plan Resp |
|------|--------------|--------|--------|-----------|--------|---------|-----------------|-----------|
| 1 | 08/21/2022 | 7014070 | 00007 | | 0.00 | 55.00 | 0.00 | 55.00 |
| 2 | 10/25/2022 | 7014070 | 00007 | | 0.00 | 55.00 | 0.00 | 55.00 |
| | Totals: | | | | 0.00 | 110.00 | 0.00 | 110.00 |

Claim: █████████           Patient: █████████
Provider: Barbara Foxman        Insur ████████

| Line | Service Date | Cert # | T Code | Reason(s) | Billed | Covered | Ded/Coins/Copay | Plan Resp |
|---|---|---|---|---|---|---|---|---|
| 1 | 05/10/2022 | 7014070 | 00007 | | 0.00 | 55.00 | 0.00 | 55.00 |
| 2 | 05/17/2022 | 7014070 | 00007 | | 0.00 | 55.00 | 0.00 | 55.00 |
| 3 | 05/26/2022 | 7014070 | 00007 | | 0.00 | 55.00 | 0.00 | 55.00 |
| 4 | 06/03/2022 | 7014070 | 00007 | | 0.00 | 55.00 | 0.00 | 55.00 |
| 5 | 06/16/2022 | 7014070 | 00007 | | 0.00 | 55.00 | 0.00 | 55.00 |
| | Totals: | | | | 0.00 | 275.00 | 0.00 | 275.00 |

# Idit Trope, Ph.D. & Associates, LLC

950 Haverford Rd, Suite 305
Bryn Mawr PA, 19010
610-520-0714
610-520-1528 (Fax)
*idittrope@gmail.com*

Out of Network Provider

Provider Information
Idit Trope, Ph.D.
PA Licensed Psychologist # PS-007360-L

Service: Neuropsychological Evaluation

CPT Codes:

| Code | Time Unit | Units Completed | Date | Billed |
|------|-----------|-----------------|------|--------|
| 96116 | 1 hour | 1.5 | 5/26/20 | $376.3 |
| 96136 | 30 minutes | 1 | 7/09/20 | $125.4 |
| 96136 | 30 minutes | 1 | 7/21/20 | $125.4 |
| + 96137 | 30 minutes | 14 | 7/21/20 | $1756 |
| 96132 | 1 hour | 1 | 7/10/20 | $250.9 |
| 96132 | 1 hour | 1 | 8/17/20 | $250.9 |
| + 96133 | 1 hour | 6 | 8/17/20 | $1505.1 |

Total Time: 17.5 hours
Total Cost: $4,390.00

Diagnosis Codes:

| |
|---|
| F34.1 |
| F07.81 |
| S06.0X0 |
| |
| |

PAID IN FULL

Minor 10

**Total Costs Incurred (Dec. 2021 - Present):**          **$1,465.00**

| Date of Service | Provider | Cost |
|---|---|---|
| 12/1/2021 | Pepperman / Hindman | $92.50 |
| 12/8/2021 | Pepperman / Hindman | $92.50 |
| 1/5/2022 | Pepperman / Hindman | $170.00 |
| 1/19/2022 | Pepperman / Hindman | $100.00 |
| 1/19/2022 (2) | Pepperman / Hindman | $120.00 |
| 2/2/2022 | Pepperman / Hindman | $120.00 |
| 2/2/2022 (2) | Pepperman / Hindman | $100.00 |
| 3/2/2022 | Pepperman / Hindman | $100.00 |
| 4/6/2022 | Pepperman / Hindman | $200.00 |
| 1/10/2023 | Hee / Gentile | $200.00 |
| 2/6/2023 | Hee / Gentile | $170.00 |

**Est. Future Costs**

| | |
|---|---|
| Sessions/Year | 30 |
| Average Rate | $200.00 |
| Years Recommended | 5 |
| Annual Inflation | 3% |
| **Total Future Costs** | **$31,855** |

| Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Cost | $6,000 | $6,180 | $6,365 | $6,556 | $6,753 | $0 | $0 |

| | |
|---|---|
| **Total** | **$31,855** |

| 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

| 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|----|----|----|----|----|----|----|----|----|
| $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

To: The Honorable Mark A. Kearney

Our son, Victim 10, has intermittently seen a therapist since late 2021. He will continue to see a therapist while he lives at home and are planning for him to resume sessions after the school year ends. We are hopeful that he will continue with therapy when he leaves for college and thereafter as needed. As his parents, we believe that there is a benefit to his speaking about this experience with a trained professional as he continues to make sense of what transpired with the defendant and processes his anger and pain.

It is difficult to predict how many sessions our son will need throughout his life. Please see the attached letter with the current fee schedule from Childhood Solutions, where he is a patient. We have also attached a spreadsheet with current and projected costs.

Thank you for your consideration,

Parents of Victim 10)

Building a strong
future for children,
adolescents &
their families

**Childhood Solutions**, PC

childhood
adolescence
& beyond

April 18, 2023

To Whom It May Concern,

███████ has been a patient at Childhood Solutions and if he would like to return to our practice to see one of our psychologists our rates are as follows:

60 minute - $225
45 minute - $190

Please note that there will be a rate increase in July 2023

Thank you,
Michele Taplinger
Clinical Manager