**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**UNITED STATES OF AMERICA**                    :

**V.**                    :                    **CRIMINAL NO. 22-CR-35-1**

**ANDREW WOLF**                    :

**ORDER**

AND NOW, this ____ day of July 2023, it is hereby ORDERED the Defense Motion to Waive the Defendant's appearance at the restitution hearing scheduled on August 9, 2023, at 9:00 A.M. before the Honorable Mark A. Kearney, in courtroom 6B, 6th floor, is GRANTED. The prior Order of this Court dated June 23, 2023, requiring the Warden of Marianna FCI and the United States Marshal for the Eastern District of Pennsylvania to produce the body of Andrew Wolf, USM# 68650-509 for said restitution hearing is hereby VACATED.

BY THE COURT

_____
Mark A. Kearney
District Court Judge